United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 18-14148-mdc
Noel Lisa McDonald    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Jun 25, 2018
                      Form ID: 130    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
db          +Noel Lisa McDonald,    130 Allem Lane,    Perkasie, PA 18944-4139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2018 at the address(es) listed below:
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
            WILLIAM D. SCHROEDER, JR   on behalf of Debtor Noel Lisa McDonald schroeder@jrlaw.org,
             Healey@jrlaw.org
                                                                                                                                                   TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                                    Chapter: 13

    Noel Lisa McDonald

            Debtor(s)                              Bankruptcy No: 18–14148–mdc

*O R D E R*

**AND NOW,** this 25th day of June, 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 07/6/2018
    Chapter 13 Plan due by 07/6/2018
    Schedules AB–J due 07/6/2018
    Statement of Financial Affairs due 07/6/2018
    Summary of Assets and Liabilities Form B106 due 07/6/2018
    Statement of Current Monthly Income B122C–1 due 07/6/2018
    Means Test Calculation B122C–2 due 7/6/2018
    Incomplete Filings due by 07/6/2018.
    Any request for an extension of time must be filed prior to the expiration of the deadlines listed.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                                     By the Court

                                                                 Magdeline D. Coleman
                                                  Judge , United States Bankruptcy Court