United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-14148-mdc
Noel Lisa McDonald                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 4              Date Rcvd: Jul 13, 2018
                              Form ID: 309I          Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
```
db              +Noel Lisa McDonald,    130 Allem Lane,    Perkasie, PA 18944-4139
14126236        +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
14126235        +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14126232        +Allied Interstate, LLC,    P.O. Box 361445,    Columbus, OH 43236-1445
14126233        +Alltran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
14126234        +Ambry Genetics,    15 Argonaut,    Aliso Viejo, CA 92656-1423
14126238        +Bedminster Municipal Authority,    442 Elephant Road,    c/o Kerri Bender,
                  Perkasie, PA 18944-4163
14126240       #+Blatt, Hasenmiller, Leibsker & Moore, LL,    1835 Market Street, Suite 501,
                  Philadelphia, PA 19103-2933
14126247        +Citibank,    PO Box 790040,    Saint Louis, MO 63179-0040
14126248        +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                  Saint Louis, MO 63179-0040
14126249       #+Clemons Richter & Reiss, PC,    107 E. Oakland Avenue,    Doylestown, PA 18901-4610
14126250        +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
14126253        +Credit Control, LLC.,    P.O. Box 31179,    Tampa, FL 33631-3179
14126257         Diversified Consultants, Inc.,    P.O. Box 1391,    Southgate, MI 48195-0391
14126258        +ERC,   P.O. Box 1259, Dept 98696,    Oaks, PA 19456-1259
14126259         FedEx Shipping,    PO Box 371461,    Pittsburgh, PA 15250-7461
14126260         Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
14160528        +Fox & Fox, Attorney at Law,    One Montgomery Plaza,    Suite 706,    Airy and Swede Streets,
                  Norristown, PA 19401-4852
14126264         Fox Chase Cancer Center,    P.O. Box 824649,    Philadelphia, PA 19182-4649
14126263        +Fox and Fox,    425 Swede Street, Suite 706,    One Montgomery Plaza,    Norristown, PA 19401-4826
14126265        +GC Services Limited Partnership,    P.O. Box 3855,    Houston, TX 77253-3855
14126266         Grim, Biehn & Thatcher,    104 S. Sixth Street,    P.O. Box 215,    Perkasie, PA 18944-0215
14126267        +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
14126268        +Independence Blue Cross,    PO Box 8240,    Philadelphia, PA 19101-8240
14126270        +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14126272        +Law Office of Michael Schwartz,    707 Lakeside Office Park,    Street Road and Stump Road,
                  Southampton, PA 18966-4020
14126275         Mercantile Adjustment Bureau,    P.O. Box 9055,    Williamsville, NY 14231-9055
14126276         Merchants & Medical Credit Corporation,    6324 Taylor Drive,    Flint, MI 48507-4685
14126278        +Merchants & Professional Credit Bureau,    5508 Parkcrest Drive, Suite 210,
                  Austin, TX 78731-4929
14126277        +Merchants & Professional Credit Bureau,    Attn: Bankruptcy,    5508 Parkcrest Dr Ste. 210,
                  Austin, TX 78731-4929
14126279        +Merck Sharp & Dohme FCU,    335 West Butler Avenue,    Chalfont, PA 18914-2329
14160547        +Mr. Cooper,    Bankruptcy Department,    PO Box 619096,    Dallas, TX 75261-9096
14126283        +Mr. Cooper,    Bankruptcy Department,    PO Box 630267,    Irving, TX 75063-0116
14126284         NES,   National Enterprise Systems,    247 Edison Blvd., Unit A,    Twinsburg, OH 44087-2340
14126285        +North Shore Agency,    270 Spagnoli Road, Suite 110,    Melville, NY 11747-3515
14126286        +Northland Group, Inc.,    PO Box 390905,    Mail Code CSB2,    Minneapolis, MN 55439-0905
14126292        +PNC Bank, NA,    Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14126295        +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
14126288        +PennCredit,    P.O. Box 1259,    Department 91047,    Oaks, PA 19456-1259
14126290         Pennsylvania Dept. of Labor & Industry,    Employer Services,    P.O. Box 67504,
                  Harrisburg, PA 17106-7504
14126291         Planet Fitness,    Rt. 113 & County Line Road,    Souderton, PA 18964
14126296        +Quakertown National Bank,    P.O. Box 9005,    Quakertown, PA 18951-9005
14126298        +Receivables Professional Management, LLC,    20816 44th Ave W,    Lynnwood, WA 98036-7744
14126299        +Rittenhouse Property Management,    840 Harleysville Pike, Suite 3,
                  Harleysville, PA 19438-1028
14126300        +SixBit Software,    703 S. Elmer Ave., Suite 112,    Sayre, PA 18840-2400
14126301        +Solomon and Solomon, P.C.,    Five Columbia Circle,    Albany, NY 12203-6374
14126305         St. Mary Medical Center,    10604 Justin Drive,    Urbandale, IA 50322-3755
14126306        +Stonebridge Commons Condominium Assoc,    350 S. Main Street,    Doylestown, PA 18901-4871
14126308         Synter Resource Group, LLC,    P.O. Box 1870,    Ashland, VA 23005-4870
14126310        +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
14126313        +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Suite 206,    Toledo, OH 43614-1501
14126317        +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14160583         Weltman Weinberg & Reis,    170 S. Independence Mall, W,    Suite 874, West,
                  attn: Michael Dougherty,    Philadelphia, PA 19106-3334
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: schroeder@jrlaw.org Jul 14 2018 02:06:55      WILLIAM D. SCHROEDER, JR,
                  920 Lenmar Drive,    Blue Bell, PA 19422
tr              +E-mail/Text: bncnotice@ph13trustee.com Jul 14 2018 02:09:26      WILLIAM C. MILLER, Esq.,
                  Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg              E-mail/Text: megan.harper@phila.gov Jul 14 2018 02:08:32      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 14 2018 02:08:22      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
```

```
District/off: 0313-2          User: dlv                    Page 2 of 4                    Date Rcvd: Jul 13, 2018
                              Form ID: 309I                Total Noticed: 96


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
ust              +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 14 2018 02:08:04      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14126237          EDI: ARSN.COM Jul 14 2018 05:48:00      ARS National Services, Inc.,    P.O. Box 463023,
                 Escondido, CA 92046-3023
14126231         +EDI: ALLIANCEONE.COM Jul 14 2018 05:48:00      Alliance One Receiveables Management,
                 4850 Street Rd., Suite 300,    Trevose, PA 19053-6643
14126244          EDI: CBCSI.COM Jul 14 2018 05:48:00      CBCS,   PO Box 165025,    Columbus, OH 43216-5025
14126241          EDI: CAPITALONE.COM Jul 14 2018 05:53:00      Capital One,    Bankruptcy Claims,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14126242         +E-mail/Text: bankruptcy@cavps.com Jul 14 2018 02:08:15      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14126243         +E-mail/Text: bankruptcy@cavps.com Jul 14 2018 02:08:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
14126245          EDI: CHASE.COM Jul 14 2018 05:53:00      Chase Cardmember Service,    PO Box 100045,
                 Kennesaw, GA 30156-9245
14126246         +EDI: CITICORP.COM Jul 14 2018 05:53:00      Citi Card,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
14126251          E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jul 14 2018 02:09:15
                 Comcast Cable,    Post Office Box 3006,    Southeastern, PA 19398-3006
14126252         +EDI: CCS.COM Jul 14 2018 05:48:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
14163216          EDI: DISCOVER.COM Jul 14 2018 05:53:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14126254          EDI: DISCOVER.COM Jul 14 2018 05:53:00      Discover Bank,    DB Servicing Corporation,
                 P.O. Box 3025,    New Albany, OH 43054-3025
14126255         +EDI: DISCOVER.COM Jul 14 2018 05:53:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14126256         +EDI: DCI.COM Jul 14 2018 05:53:00      Diversified Consultants, Inc.,
                 Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
14126261          E-mail/Text: data_processing@fin-rec.com Jul 14 2018 02:07:12
                 Financial Recovery Services, Inc.,    Post Office Box 385908,    Minneapolis, MN 55438-5908
14126269          EDI: IRS.COM Jul 14 2018 05:53:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14126271         +EDI: CBSKOHLS.COM Jul 14 2018 05:48:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
14126273          EDI: RMSC.COM Jul 14 2018 05:53:00      Lowe’s,   Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
14126274         +EDI: MID8.COM Jul 14 2018 05:48:00      MCM,   Dept 12421,    PO Box 1259,    Oaks, PA 19456-1259
14126280         +EDI: MID8.COM Jul 14 2018 05:48:00      Midland Credit Management Inc,
                 as agent for Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
14126281         +EDI: MID8.COM Jul 14 2018 05:48:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
14126287         +E-mail/Text: bankruptcygroup@peco-energy.com Jul 14 2018 02:07:11      PECO,    Bankruptcy Group,
                 2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
14126293          EDI: PRA.COM Jul 14 2018 05:48:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14126294          EDI: PRA.COM Jul 14 2018 05:48:00      Portfolio Recovery Associates, LLC,    P.O. Box 41067,
                 Norfolk, VA 23541
14126983         +EDI: PRA.COM Jul 14 2018 05:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14126289          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 14 2018 02:07:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14126297         +E-mail/Text: Supportservices@receivablesperformance.com Jul 14 2018 02:09:22
                 Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
14126304          EDI: NEXTEL.COM Jul 14 2018 05:48:00      Sprint/Nextel,    Attn Bankruptcy Dept,    P.O. Box 7949,
                 Overland Park, KS 66207-0949
14126302          EDI: SWCR.COM Jul 14 2018 05:53:00      Southwest Credit Systems, LP,
                 4120 International Pkwy, Suite 1100,    Carrollton, TX 75007-1958
14126303         +EDI: AGFINANCE.COM Jul 14 2018 05:48:00      Springleaf Financial Services of PA,
                 P.O. Box 3251,    Evansville, IN 47731-3251
14126307          EDI: RMSC.COM Jul 14 2018 05:53:00      Synchrony Bank,    Attn: Bankruptcy Department,
                 P.O. Box 965060,    Orlando, FL 32896-5060
14126309         +E-mail/Text: carine@tbfgroup.com Jul 14 2018 02:07:12      Tbf Financial Llc,
                 740 Waukegan Rd Ste 404,    Deerfield, IL 60015-5505
14126311         +E-mail/Text: bankruptcydepartment@tsico.com Jul 14 2018 02:09:21      Transworld System Inc,
                 Attn: Bankruptcy,    Po Box 15618,    Wilmington, DE 19850-5618
14126312         +E-mail/Text: bankruptcydepartment@tsico.com Jul 14 2018 02:09:21      Transworld Systems Inc.,
                 500 Virginia Drive,    Fort Washington, PA 19034-2707
14126314          E-mail/Text: bankruptcy@ups.com Jul 14 2018 02:09:43      UPS,    P.O. Box 7247-0244,
                 Philadelphia, PA 19170-0001
14126315         +EDI: VERIZONCOMB.COM Jul 14 2018 05:53:00      Verizon,    500 Technology Drive, Suite 550,
                 Weldon Spring, MO 63304-2225
14126316         +EDI: VERIZONCOMB.COM Jul 14 2018 05:53:00      Verizon,    Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
14126318         +E-mail/Text: BKRMailOps@weltman.com Jul 14 2018 02:08:09      Weltman Weinberg & Reis,
                 325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                                TOTAL: 43
```

```
District/off: 0313-2           User: dlv                   Page 3 of 4                   Date Rcvd: Jul 13, 2018
                               Form ID: 309I               Total Noticed: 96


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA 17128-0946
14160501*       +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
14160500*       +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14160502*        ARS National Services, Inc.,    P.O. Box 463023,    Escondido, CA 92046-3023
14160496*       +Alliance One Receiveables Management,    4850 Street Rd., Suite 300,    Trevose, PA 19053-6643
14160497*       +Allied Interstate, LLC,    P.O. Box 361445,    Columbus, OH 43236-1445
14160498*       +Alltran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
14160499*       +Ambry Genetics,    15 Argonaut,    Aliso Viejo, CA 92656-1423
14160503*       +Bedminster Municipal Authority,    442 Elephant Road,    c/o Kerri Bender,
                   Perkasie, PA 18944-4163
14160504*       +Billcutterz,    10201 S. Padre Island Drive, Suite 216,    Corpus Christi, TX 78418-4462
14160505*       +Blatt, Hasenmiller, Leibsker & Moore, LL,    1835 Market Street, Suite 501,
                   Philadelphia, PA 19103-2933
14160509*        CBCS,    PO Box 165025,    Columbus, OH 43216-5025
14160506*        Capital One,    Bankruptcy Claims,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14160507*       +Cavalry Portfolio Services,    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,
                   Valhalla, NY 10595-2322
14160508*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
14160510*        Chase Cardmember Service,    PO Box 100045,    Kennesaw, GA 30156-9245
14160511*       +Citi Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
14160512*       +Citibank,    PO Box 790040,    Saint Louis, MO 63179-0040
14160513*       +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                   Saint Louis, MO 63179-0040
14160514*       +Clemons Richter & Reiss, PC,    107 E. Oakland Avenue,    Doylestown, PA 18901-4610
14160515*       +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
14160516*        Comcast Cable,    Post Office Box 3006,    Southeastern, PA 19398-3006
14160517*       +Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14160518*       +Credit Control, LLC.,    P.O. Box 31179,    Tampa, FL 33631-3179
14160519*        Discover Bank,    DB Servicing Corporation,    P.O. Box 3025,    New Albany, OH 43054-3025
14160520*       +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
14160521*       +Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                   Jacksonville, FL 32255-1268
14160522*        Diversified Consultants, Inc.,    P.O. Box 1391,    Southgate, MI 48195-0391
14160523*       +ERC,    P.O. Box 1259, Dept 98696,    Oaks, PA 19456-1259
14160527*       +FMS Inc,    P.O. Box 707601,    Tulsa, OK 74170-7601
14160524*        FedEx Shipping,    PO Box 371461,    Pittsburgh, PA 15250-7461
14160525*        Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
14160526*        Financial Recovery Services, Inc.,    Post Office Box 385908,    Minneapolis, MN 55438-5908
14160529*        Fox Chase Cancer Center,    P.O. Box 824649,    Philadelphia, PA 19182-4649
14160530*       +GC Services Limited Partnership,    P.O. Box 3855,    Houston, TX 77253-3855
14160531*        Grim, Biehn & Thatcher,    104 S. Sixth Street,    P.O. Box 215,    Perkasie, PA 18944-0215
14160532*       +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
14160533*       +Independence Blue Cross,    PO Box 8240,    Philadelphia, PA 19101-8240
14160534*        Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                   Philadelphia, PA 19101-7346
14160535*       +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14160536*       +Kohls/Capital One,    Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14160537*        Lowe's,    Synchrony Bank,    Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
14160538*       +MCM,    Dept 12421,    PO Box 1259,    Oaks, PA 19456-1259
14160539*        Mercantile Adjustment Bureau,    P.O. Box 9055,    Williamsville, NY 14231-9055
14160540*        Merchants & Medical Credit Corporation,    6324 Taylor Drive,    Flint, MI 48507-4685
14160542*       +Merchants & Professional Credit Bureau,    5508 Parkcrest Drive, Suite 210,
                   Austin, TX 78731-4929
14160541*       +Merchants & Professional Credit Bureau,    Attn: Bankruptcy,    5508 Parkcrest Dr Ste. 210,
                   Austin, TX 78731-4929
14160543*       +Merck Sharp & Dohme FCU,    335 West Butler Avenue,    Chalfont, PA 18914-2329
14160544*       +Midland Credit Management Inc,    as agent for Midland Funding, LLC,    P.O. Box 2011,
                   Warren, MI 48090-2011
14160545*       +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14160546*        Monarch Recovery Management, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
14160548*        NES,    National Enterprise Systems,    247 Edison Blvd., Unit A,    Twinsburg, OH 44087-2340
14160549*       +North Shore Agency,    270 Spagnoli Road, Suite 110,    Melville, NY 11747-3515
14160550*       +Northland Group, Inc.,    PO Box 390905,    Mail Code CSB2,    Minneapolis, MN 55439-0905
14160551*       +PECO,    Bankruptcy Group,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
14160556*       +PNC Bank, NA,    Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14160557*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
14160558*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    P.O. Box 41067,
                   Norfolk, VA 23541)
14160559*       +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
14160552*       +PennCredit,    P.O. Box 1259,    Department 91047,    Oaks, PA 19456-1259
14160553*        Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA 17128-0946
14160554*        Pennsylvania Dept. of Labor & Industry,    Employer Services,    P.O. Box 67504,
                   Harrisburg, PA 17106-7504
```

```
District/off: 0313-2          User: dlv                Page 4 of 4               Date Rcvd: Jul 13, 2018
                              Form ID: 309I            Total Noticed: 96


              ***** BYPASSED RECIPIENTS (continued) *****
14160555*         Planet Fitness,    Rt. 113 & County Line Road,    Souderton, PA 18964
14160560*        +Quakertown National Bank,    P.O. Box 9005,    Quakertown, PA 18951-9005
14160561*        +Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
14160562*        +Receivables Professional Management, LLC,    20816 44th Ave W,    Lynnwood, WA 98036-7744
14160563*        +Rittenhouse Property Management,    840 Harleysville Pike, Suite 3,
                   Harleysville, PA 19438-1028
14160568*       ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                   OVERLAND PARK KS 66207-0949
                 (address filed with court:     Sprint/Nextel,    Attn Bankruptcy Dept,    P.O. Box 7949,
                   Overland Park, KS 66207-0949)
14160564*        +SixBit Software,    703 S. Elmer Ave., Suite 112,    Sayre, PA 18840-2400
14160565*        +Solomon and Solomon, P.C.,    Five Columbia Circle,    Albany, NY 12203-6374
14160566*         Southwest Credit Systems, LP,    4120 International Pkwy, Suite 1100,
                   Carrollton, TX 75007-1958
14160567*        +Springleaf Financial Services of PA,    P.O. Box 3251,    Evansville, IN 47731-3251
14160569*         St. Mary Medical Center,    10604 Justin Drive,    Urbandale, IA 50322-3755
14160570*        +Stonebridge Commons Condominium Assoc,    350 S. Main Street,    Doylestown, PA 18901-4871
14160571*         Synchrony Bank,    Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
14160572*         Synter Resource Group, LLC,    P.O. Box 1870,    Ashland, VA 23005-4870
14160573*        +Tbf Financial Llc,    740 Waukegan Rd Ste 404,    Deerfield, IL 60015-5505
14160574*        +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
14160575*        +Transworld System Inc,    Attn: Bankruptcy,    Po Box 15618,    Wilmington, DE 19850-5618
14160576*        +Transworld Systems Inc.,    500 Virginia Drive,    Fort Washington, PA 19034-2707
14160578*         UPS,    P.O. Box 7247-0244,    Philadelphia, PA 19170-0001
14160577*        +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Suite 206,    Toledo, OH 43614-1501
14160579*        +Verizon,    500 Technology Drive, Suite 550,    Weldon Spring, MO 63304-2225
14160580*        +Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                   Weldon Springs, MO 63304-2225
14160581*        +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14160582*        +Weltman Weinberg & Reis,    325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
14126239        ##+Billcutterz,    10201 S. Padre Island Drive, Suite 216,    Corpus Christi, TX 78418-4462
14126262        ##+FMS Inc,    P.O. Box 707601,    Tulsa, OK 74170-7601
14126282         ##Monarch Recovery Management, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
                                                                                                TOTALS: 0, * 86, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM D. SCHROEDER, JR    on behalf of Debtor Noel Lisa McDonald schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Noel Lisa McDonald** | Social Security number or ITIN **xxx–xx–5900** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13  6/22/18 |
| Case number: | 18–14148–mdc | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Noel Lisa McDonald | |
| 2. | **All other names used in the last 8 years** | aka Noel L. McDonald, aka Noel McDonald, aka Lisa McDonald, aka N. McDonald | |
| 3. | **Address** | 130 Allem Lane<br>Perkasie, PA 18944 | |
| 4. | **Debtor's attorney**<br>Name and address | WILLIAM D. SCHROEDER JR<br>920 Lenmar Drive<br>Blue Bell, PA 19422 | Contact phone 215–822–2728<br>Email:  schroeder@jrlaw.org |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 7/13/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 15, 2018 at 1:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>Suite 18–341, 1234 Market Street,<br>Philadelphia, PA 19107 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/14/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/31/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/19/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 282.11 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/27/18** at **9:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |