**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE **Noel McDonald**             **Chapter 13**
        Debtor     **:**     BANKRUPTCY NO. **18-14148-mdc**

_____


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR STONEBRIDGE COMMONS CONDOMINIUM ASSOCIATION**

    The undersigned hereby enters his appearance for Stonebridge Commons Condominium Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings, or notices of any kind, be sent to the undersigned.

                                                  **Clemons Richter & Reiss, P.C.**
                                                  2003 South Easton Road, Suite 300
                                                  Doylestown, PA 18901
                                                  Tel. (215) 348-1776

Date: July 24, 2018

                                                  _____
                                                  Stefan Richter, Esquire
                                                  Attorney for Movant