**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Noel Lisa McDonald        :        CHAPTER 13
                                 :
                                 :
            Debtor               :
                                 :        Bankruptcy No. : 18-14148-mdc

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH
OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325 (a)(8) AND (a)(9)**

I, <u>Noel McDonald,</u> upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for <u>September 27, 2018</u>, in the above-referenced case:

1. The above-named debtor is current with all post-petition obligations.

2. The above-named debtor has paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor, counsel certifies that debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED:   <u>9/13/18</u>            BY: <u>/s/ William D. Schroeder, Jr.</u>

Revised 10/20/05