UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Noel Lisa McDonald        :       Chapter 13
                                   :
                                   :
                  Debtor           :       No.:   18-14148-mdc

# **CERTIFICATE OF SERVICE**

I, William D. Schroeder, Jr., attorney for debtor, hereby certify that on December 19, 2018, I sent Debtor's First Amended Chapter 13 Plan by first class mail or by electronic means to the following parties.  Parties served by the court via ECF electronic notification are not also being served by regular mail:

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Victoria Mosby
Internal Revenue Service
Bankruptcy Specialist
600 Arch Street, Room 5200
Philadelphia, PA 19106

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Prakash Vyas
PA Department of Revenue
4th and Walnut Street
Harrisburg, PA 17128

Jonathan J, Reiss, Attorney
P.O. Box 215
Perkasie, PA 18944
*Attorney for*
*Bedminster Municipal Authority*

Kelly Lyn Eberle, Attorney
Grim, Biehn & Thatcher
P.O. Box 215
Perkasie, PA 18944
*Attorney for*
*Bedminster Municipal Authority*

Nationstar Mortgage LLC
d/b/a Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9741

Kevin G. McDonald, Attorney
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Attorney for Nationstar Mortgage*

Stefan Richter, Attorney
Clemons Richter & Reiss, P.C.
2003 S. Easton Road, Suite 300
Doylestown, PA 18901
*Attorney for Stonebridge Commons*
*Condominium Association*

Tracyan Frame,
Bankruptcy Specialist
Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Lisa Garbrandt,
Bankruptcy Sr Specialist
Discover Bank Discover Products Inc
PO Box 3025
New Albany OH 43054-3025

Adam Boehm, Manager
TBF Financial LLC
740 Waukegan Rd, Ste 404
Deerfield, IL 60015

Debra D. Slow,
Bankruptcy Specialist
OneMain
PO Box 3251
Evansville, IN 47731-3251

Jovanka Hujdurovic,
Bankruptcy Specialist
Midland Credit Management, Inc.
as agent for Midland Funding LLC
PO Box 2011
Warren MI 48090

Trelisha Green,
Bankruptcy Representative
Deangela Ellis,
Bankruptcy Representative

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

David Lamb,
Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One, N.A.
Larry Butler,
Claims Administrator
Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Noel McDonald
130 Allem Lane
Perkasie, PA 18944

Trustee William C. Miller
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion3.PH.ECF@usdoj.gov

All creditors on Matrix

    /s/ William D. Schroeder, Jr.
    William D. Schroeder, Jr.
    Attorney for Debtors
    920 Lenmar Drive
    Blue Bell, PA 19422
    (215) 822-2728
    schroeder@jrlaw.org