UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Noel Lisa McDonald | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | No.:   18-14148-mdc |

CERTIFICATE OF NO RESPONSE

I, William D. Schroeder, Jr., attorney for debtor, filed a Motion to Avoid Judicial Lien of One Main Financial Services, Inc. on February 26, 2019. The parties listed below were served with the Motion and Notice. Neither the undersigned nor the Movant has received an objection or response from any interested party.

The Movant hereby requests the Court to grant the Motion.

Peter E. Meltzer, Attorney
Weber Gallagher Simpson
Stapleton Fires & Newby, LLP
2000 Market Street
Suite 1300
Philadelphia, PA 19103
Attorney for One Main Financial Services, Inc.

Deedra D. Slow
Bankruptcy Specialist
One Main Financial Services, Inc.
P.O. Box 3251
Evansville, IN 47731-3251

James W. Schneider, President
One Main Financial Services, Inc.
300 Saint Paul Place
Baltimore, MD 21202-2120

The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093-2264
*Registered Agent for One Main Financial Services, Inc.*

Noel McDonald
130 Allem Lane
Perkasie, PA 18944

Trustee William C. Miller
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Debtor
920 Lenmar Drive

Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org