UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Noel Lisa McDonald | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | No.:   18-14148-mdc |

## CERTIFICATE OF NO RESPONSE

I, William D. Schroeder, Jr., attorney for debtor, filed a Motion to Avoid Judicial Lien of Discover Bank on February 26, 2019.  The parties listed below were served with the Motion and Notice.  Neither the undersigned nor the Movant has received an objection or response from any interested party.

The Movant hereby requests the Court to grant the Motion.

Scott J. Best, Attorney
Weltman Weinberg & Reis Co. LPA
170 S. Indepenedence Mall W.
Suite 874 West
Philadelphia, PA 19106-3334
Attorney for Dsicover Bank

Lisa Garbrandt
Bankruptcy Sr Specialist
Discover Bank / Discover Products Inc
P.O. Box 3025
New Albany, OH 43054-3025

Discover Bank
100 West Market, P.O. Box C
Greenwood, DE  19950
*Registered Agent*

Noel McDonald
130 Allem Lane
Perkasie, PA 18944

Trustee William C. Miller
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Debtor
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org