UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Noel Lisa McDonald         :    Chapter 13
                                   :
                                   :
            Debtor                 :    No.:   18-14148-mdc

## ORDER

AND NOW, this 27th day of March, 2019 upon Motion of the Debtor to Avoid a Judicial Lien Held by Discover Bank ("the Respondent") in real property of the Debtor located at 130 Allem lane, Perkasie, PA,

And, the Debtor having asserted that the alleged lien arising from the judgment entered at Bucks County Court of Common Pleas, Docket No. 2017-07457 is subject to avoidance pursuant to 11 U.S.C. § 522 (f),

And, the Debtor having certified that adequate notice of Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the Respondent's judicial lien in the above-mentioned real property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

Date:  3/27/19                                    Magdeline D. C_____
                                                                              J.

William D. Schroeder, Jr., Attorney         Scott J. Best, Attorney
920 Lenmar Drive                            Weltman Weinberg & Reis Co. LPA
Blue Bell, PA 19422                         170 S. Independence Mall W.
                                            Suite 874 West
Noel McDonald                               Philadelphia, PA 19106-3334
130 Allem Lane                              Attorney for Discover Bank
Perkasie, PA 18944

Lisa Garbrandt
Bankruptcy Sr Specialist
Discover Bank / Discover Products Inc
P.O. Box 3025
New Albany, OH 43054-3025

Discover Bank
100 West Market, P.O. Box C
Greenwood, DE 19950
*Registered Agent*

Trustee William C. Miller
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107