UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Noel Lisa McDonald              :        Chapter 13
                                         :
                                         :
                  Debtor                 :        No.:   18-14148-mdc

## ORDER

AND NOW, this 27th day of March, 2019 upon Motion of the Debtor to Avoid a Judicial Lien Held by One Main Financial Services, Inc. ("the Respondent") in real property of the Debtor located at 130 Allem lane, Perkasie, PA,

And, the Debtor having asserted that the alleged lien arising from the judgment entered at Bucks County Court of Common Pleas, Docket No. 2016-07855 is subject to avoidance pursuant to 11 U.S.C. § 522 (f),

And, the Debtor having certified that adequate notice of Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the Respondent's judicial lien in the above-mentioned real property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

Date: 3/27/19                                       _Magdeline D. C_____ J.

William D. Schroeder, Jr., Attorney            Peter E. Meltzer, Attorney
920 Lenmar Drive                               Weber Gallagher Simpson
Blue Bell, PA 19422                            Stapleton Fires & Newby, LLP
                                               2000 Market Street
Noel McDonald                                  Suite 1300
130 Allem Lane                                 Philadelphia, PA 19103
Perkasie, PA 18944                             Attorney for One Main Financial Services, Inc.

James W. Schneider, President
One Main Financial Services, Inc.
300 Saint Paul Place
Baltimore, MD 21202-2120

Deedra D. Slow
Bankruptcy Specialist
One Main Financial Services, Inc.
P.O. Box 3251
Evansville, IN 47731-3251

The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093-2264
*Registered Agent for One Main Financial Services, Inc.*

Trustee William C. Miller
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107