United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14148-mdc
Noel Lisa McDonald                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Mar 27, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db         +Noel Lisa McDonald,    130 Allem Lane,    Perkasie, PA 18944-4139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
        KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        PETER E. MELTZER    on behalf of Creditor   OneMain bankruptcy@wglaw.com, ibernatski@wglaw.com
        STEFAN RICHTER    on behalf of    Stonebridge Commons Condominium Association
         srichter@clemonslaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM D. SCHROEDER, JR    on behalf of Debtor Noel Lisa McDonald schroeder@jrlaw.org,
         Healey@jrlaw.org
                                                                                        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Noel Lisa McDonald          :       Chapter 13
                                     :
                                     :
                Debtor               :       No.:   18-14148-mdc

## ORDER

AND NOW, this 27th day of March, 2019 upon Motion of the Debtor to Avoid a Judicial Lien Held by Discover Bank ("the Respondent") in real property of the Debtor located at 130 Allem lane, Perkasie, PA,

And, the Debtor having asserted that the alleged lien arising from the judgment entered at Bucks County Court of Common Pleas, Docket No. 2017-07457 is subject to avoidance pursuant to 11 U.S.C. § 522 (f),

And, the Debtor having certified that adequate notice of Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the Respondent's judicial lien in the above-mentioned real property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

Date: 3/27/19                          Magdeline D. C_____
                                                                J.

William D. Schroeder, Jr., Attorney       Scott J. Best, Attorney
920 Lenmar Drive                          Weltman Weinberg & Reis Co. LPA
Blue Bell, PA 19422                       170 S. Independence Mall W.
                                          Suite 874 West
Noel McDonald                             Philadelphia, PA 19106-3334
130 Allem Lane                            Attorney for Discover Bank
Perkasie, PA 18944

Lisa Garbrandt
Bankruptcy Sr Specialist
Discover Bank / Discover Products Inc
P.O. Box 3025
New Albany, OH 43054-3025

Discover Bank
100 West Market, P.O. Box C
Greenwood, DE 19950
*Registered Agent*

Trustee William C. Miller
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107