United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14148-mdc
Noel Lisa McDonald                                                  Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Mar 27, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db              +Noel Lisa McDonald,    130 Allem Lane,    Perkasie, PA 18944-4139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Creditor    OneMain bankruptcy@wglaw.com, ibernatski@wglaw.com
              STEFAN RICHTER    on behalf of     Stonebridge Commons Condominium Association
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM D. SCHROEDER, JR    on behalf of Debtor Noel Lisa McDonald schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Noel Lisa McDonald  :  Chapter 13
  :
  :
  Debtor  :  No.:  18-14148-mdc

## ORDER

AND NOW, this 27th day of March, 2019 upon Motion of the Debtor to Avoid a Judicial Lien Held by One Main Financial Services, Inc. ("the Respondent") in real property of the Debtor located at 130 Allem lane, Perkasie, PA,

And, the Debtor having asserted that the alleged lien arising from the judgment entered at Bucks County Court of Common Pleas, Docket No. 2016-07855 is subject to avoidance pursuant to 11 U.S.C. § 522 (f),

And, the Debtor having certified that adequate notice of Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the Respondent's judicial lien in the above-mentioned real property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

Date: 3/27/19

Magdeline D. C_____ J.

William D. Schroeder, Jr., Attorney
920 Lenmar Drive
Blue Bell, PA 19422

Noel McDonald
130 Allem Lane
Perkasie, PA 18944

Peter E. Meltzer, Attorney
Weber Gallagher Simpson
Stapleton Fires & Newby, LLP
2000 Market Street
Suite 1300
Philadelphia, PA 19103
Attorney for One Main Financial Services, Inc.

James W. Schneider, President
One Main Financial Services, Inc.
300 Saint Paul Place
Baltimore, MD 21202-2120

Deedra D. Slow
Bankruptcy Specialist
One Main Financial Services, Inc.
P.O. Box 3251
Evansville, IN 47731-3251

The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093-2264
*Registered Agent for One Main Financial Services, Inc.*

Trustee William C. Miller
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107