United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Noel Lisa McDonald
    Debtor

Case No. 18-14148-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 5     Date Rcvd: Apr 18, 2019
                  Form ID: 309A    Total Noticed: 102

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.

```
db             +Noel Lisa McDonald,    130 Allem Lane,    Perkasie, PA 18944-4139
14126236       +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
14126235       +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14126232       +Allied Interstate, LLC,    P.O. Box 361445,    Columbus, OH 43236-1445
14126233       +Alltran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
14126234       +Ambry Genetics,    15 Argonaut,    Aliso Viejo, CA 92656-1423
14126238       +Bedminster Municipal Authority,    442 Elephant Road,    c/o Kerri Bender,
                 Perkasie, PA 18944-4163
14126240       +Blatt, Hasenmiller, Leibsker & Moore, LL,    1835 Market Street, Suite 501,
                 Philadelphia, PA 19103-2933
14126247       +Citibank,    PO Box 790040,    Saint Louis, MO 63179-0040
14126248       +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14126250       +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
14126253       +Credit Control, LLC.,    P.O. Box 31179,    Tampa, FL 33631-3179
14126257        Diversified Consultants, Inc.,    P.O. Box 1391,    Southgate, MI 48195-0391
14126258       +ERC,    P.O. Box 1259, Dept 98696,    Oaks, PA 19456-1259
14126259        FedEx Shipping,    PO Box 371461,    Pittsburgh, PA 15250-7461
14126260        Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
14160528       +Fox & Fox, Attorney at Law,    One Montgomery Plaza,    Suite 706,    Airy and Swede Streets,
                 Norristown, PA 19401-4852
14126264        Fox Chase Cancer Center,    P.O. Box 824649,    Philadelphia, PA 19182-4649
14126263       +Fox and Fox,    425 Swede Street, Suite 706,    One Montgomery Plaza,    Norristown, PA 19401-4826
14126265       +GC Services Limited Partnership,    P.O. Box 3855,    Houston, TX 77253-3855
14126266        Grim, Biehn & Thatcher,    104 S. Sixth Street,    P.O. Box 215,    Perkasie, PA 18944-0215
14126267       +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
14126268       +Independence Blue Cross,    PO Box 8240,    Philadelphia, PA 19101-8240
14126270       +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14126272       +Law Office of Michael Schwartz,    707 Lakeside Office Park,    Street Road and Stump Road,
                 Southampton, PA 18966-4020
14126275        Mercantile Adjustment Bureau,    P.O. Box 9055,    Williamsville, NY 14231-9055
14126276        Merchants & Medical Credit Corporation,    6324 Taylor Drive,    Flint, MI 48507-4685
14126278       +Merchants & Professional Credit Bureau,    5508 Parkcrest Drive, Suite 210,
                 Austin, TX 78731-4929
14126277       +Merchants & Professional Credit Bureau,    Attn: Bankruptcy,    5508 Parkcrest Dr Ste. 210,
                 Austin, TX 78731-4929
14126279       +Merck Sharp & Dohme FCU,    335 West Butler Avenue,    Chalfont, PA 18914-2329
14160547       +Mr. Cooper,    Bankruptcy Department,    PO Box 619096,    Dallas, TX 75261-9096
14126283       +Mr. Cooper,    Bankruptcy Department,    PO Box 630267,    Irving, TX 75063-0116
14126284        NES,    National Enterprise Systems,    247 Edison Blvd., Unit A,    Twinsburg, OH 44087-2340
14171017       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14126285       +North Shore Agency,    270 Spagnoli Road, Suite 110,    Melville, NY 11747-3515
14126286       +Northland Group, Inc.,    PO Box 390905,    Mail Code CSB2,    Minneapolis, MN 55439-0905
14126292       +PNC Bank, NA,    Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14126295       +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
14126288       +PennCredit,    P.O. Box 1259,    Department 91047,    Oaks, PA 19456-1259
14126290        Pennsylvania Dept. of Labor & Industry,    Employer Services,    P.O. Box 67504,
                 Harrisburg, PA 17106-7504
14126291        Planet Fitness,    Rt. 113 & County Line Road,    Souderton, PA 18964
14126296       +Quakertown National Bank,    P.O. Box 9005,    Quakertown, PA 18951-9005
14126298       #+Receivables Professional Management, LLC,    20816 44th Ave W,    Lynnwood, WA 98036-7744
14126299       +Rittenhouse Property Management,    840 Harleysville Pike, Suite 3,
                 Harleysville, PA 19438-1028
14126300       +SixBit Software,    703 S. Elmer Ave., Suite 112,    Sayre, PA 18840-2400
14126301       #+Solomon and Solomon, P.C.,    Five Columbia Circle,    Albany, NY 12203-5180
14126305        St. Mary Medical Center,    10604 Justin Drive,    Urbandale, IA 50322-3755
14126306       +Stonebridge Commons Condominium Assoc,    c/o Stefan Richter, Esquire,
                 Clemons Richter & Reiss,P.C.,    2003 South Easton Road, Suite 300,    Doylestown, PA 18901-7100
14160570       +Stonebridge Commons Condominium Assoc,    350 S. Main Street,    Doylestown, PA 18901-4871
14126308        Synter Resource Group, LLC,    P.O. Box 1870,    Ashland, VA 23005-4870
14126310       +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
14126313       +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Suite 206,    Toledo, OH 43614-1501
14126317       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14160583        Weltman Weinberg & Reis,    170 S. Independence Mall, W,    Suite 874, West,
                 attn: Michael Dougherty,    Philadelphia, PA 19106-3334
14278074       +William D. Schroeder, Jr.,    920 Lenmar Drive,    Blue Bell, PA 19422-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: schroeder@jrlaw.org Apr 19 2019 02:47:08     WILLIAM D. SCHROEDER, JR,
                 920 Lenmar Drive,    Blue Bell, PA  19422
tr             +EDI: QRHHOLBER.COM Apr 19 2019 06:33:00      ROBERT H. HOLBER,    Robert H. Holber PC,
                 41 East Front Street,    Media, PA 19063-2911
```

```
District/off: 0313-2           User: Lisa                  Page 2 of 5                   Date Rcvd: Apr 18, 2019
                               Form ID: 309A               Total Noticed: 102


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
smg                E-mail/Text: megan.harper@phila.gov Apr 19 2019 02:48:12      City of Philadelphia,
                    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                    Philadelphia, PA   19102-1595
smg               +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:11      U.S. Attorney Office,
                    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust               +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 19 2019 02:47:58      United States Trustee,
                    Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14126237           EDI: ARSN.COM Apr 19 2019 06:33:00      ARS National Services, Inc.,    P.O. Box 463023,
                    Escondido, CA 92046-3023
14126231          +E-mail/Text: kristin.villneauve@allianceoneinc.com Apr 19 2019 02:47:20
                    Alliance One Receiveables Management,    4850 Street Rd., Suite 300,    Trevose, PA 19053-6643
14126244           EDI: CBCSI.COM Apr 19 2019 06:33:00      CBCS,   PO Box 165025,    Columbus, OH 43216-5025
14126241           EDI: CAPITALONE.COM Apr 19 2019 06:33:00      Capital One,    Bankruptcy Claims,    P.O. Box 30285,
                    Salt Lake City, UT 84130-0285
14188951           EDI: BL-BECKET.COM Apr 19 2019 06:33:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                    PO Box 3001,    Malvern PA 19355-0701
14126242          +E-mail/Text: bankruptcy@cavps.com Apr 19 2019 02:48:07      Cavalry Portfolio Services,
                    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14126243          +E-mail/Text: bankruptcy@cavps.com Apr 19 2019 02:48:07      Cavalry SPV I, LLC,
                    500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
14126245           EDI: CHASE.COM Apr 19 2019 06:33:00      Chase Cardmember Service,    PO Box 100045,
                    Kennesaw, GA 30156-9245
14126246          +EDI: CITICORP.COM Apr 19 2019 06:33:00      Citi Card,    PO Box 6500,
                    Sioux Falls, SD 57117-6500
14126251           EDI: COMCASTCBLCENT Apr 19 2019 06:33:00      Comcast Cable,    Post Office Box 3006,
                    Southeastern, PA 19398-3006
14126252          +EDI: CCS.COM Apr 19 2019 06:33:00      Credit Collection Services,    725 Canton Street,
                    Norwood, MA 02062-2679
14163216           EDI: DISCOVER.COM Apr 19 2019 06:33:00      Discover Bank,    Discover Products Inc,
                    PO Box 3025,    New Albany, OH   43054-3025
14126254           EDI: DISCOVER.COM Apr 19 2019 06:33:00      Discover Bank,    DB Servicing Corporation,
                    P.O. Box 3025,    New Albany, OH 43054-3025
14126255          +EDI: DISCOVER.COM Apr 19 2019 06:33:00      Discover Financial,    Po Box 3025,
                    New Albany, OH 43054-3025
14126256          +EDI: DCI.COM Apr 19 2019 06:33:00      Diversified Consultants, Inc.,
                    Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
14126261           E-mail/Text: data_processing@fin-rec.com Apr 19 2019 02:47:29
                    Financial Recovery Services, Inc.,    Post Office Box 385908,    Minneapolis, MN 55438-5908
14126269           EDI: IRS.COM Apr 19 2019 06:33:00      Internal Revenue Service,
                    Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14126271          +EDI: CBSKOHLS.COM Apr 19 2019 06:33:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                    Milwaukee, WI 53201-3120
14126271          +E-mail/Text: bncnotices@becket-lee.com Apr 19 2019 02:47:23      Kohls/Capital One,
                    Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14185614           EDI: RESURGENT.COM Apr 19 2019 06:33:00      LVNV Funding, LLC its successors and assigns as,
                    assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                    Greenville, SC 29603-0587
14126273           EDI: RMSC.COM Apr 19 2019 06:33:00      Lowe’s,    Synchrony Bank,    Attn:  Bankruptcy Dept.,
                    PO Box 965060,    Orlando, FL 32896-5060
14126274          +EDI: MID8.COM Apr 19 2019 06:33:00      MCM,    Dept 12421,    PO Box 1259,    Oaks, PA 19456-1259
14179158          +EDI: MID8.COM Apr 19 2019 06:33:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                    WARREN MI 48090-2011
14126280          +EDI: MID8.COM Apr 19 2019 06:33:00      Midland Credit Management Inc,
                    as agent for Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
14126281          +EDI: MID8.COM Apr 19 2019 06:33:00      Midland Funding,    2365 Northside Dr Ste 300,
                    San Diego, CA 92108-2709
14176467           EDI: AGFINANCE.COM Apr 19 2019 06:33:00      ONEMAIN,    P.O. BOX 3251,
                    EVANSVILLE, IN 47731-3251
14126287          +E-mail/Text: bankruptcygroup@peco-energy.com Apr 19 2019 02:47:28      PECO,   Bankruptcy Group,
                    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
14126293           EDI: PRA.COM Apr 19 2019 06:33:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14126294           EDI: PRA.COM Apr 19 2019 06:33:00      Portfolio Recovery Associates, LLC,    P.O. Box 41067,
                    Norfolk, VA 23541
14126983          +EDI: PRA.COM Apr 19 2019 06:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                    Norfolk, VA 23541-1021
14126289           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:36
                    Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                    Harrisburg, PA 17128-0946
14126297          +E-mail/Text: Supportservices@receivablesperformance.com Apr 19 2019 02:48:36
                    Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
14126304           EDI: NEXTEL.COM Apr 19 2019 06:33:00      Sprint/Nextel,    Attn Bankruptcy Dept,    P.O. Box 7949,
                    Overland Park, KS 66207-0949
14126302           EDI: SWCR.COM Apr 19 2019 06:33:00      Southwest Credit Systems, LP,
                    4120 International Pkwy, Suite 1100,    Carrollton, TX 75007-1958
14126303          +EDI: AGFINANCE.COM Apr 19 2019 06:33:00      Springleaf Financial Services of PA,
                    P.O. Box 3251,    Evansville, IN 47731-3251
14126307           EDI: RMSC.COM Apr 19 2019 06:33:00      Synchrony Bank,    Attn: Bankruptcy Department,
                    P.O. Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0313-2                  User: Lisa                     Page 3 of 5                   Date Rcvd: Apr 18, 2019
                                      Form ID: 309A                  Total Noticed: 102


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14126309       +E-mail/Text: carine@tbfgroup.com Apr 19 2019 02:47:29      Tbf Financial Llc,
                 740 Waukegan Rd Ste 404,    Deerfield, IL 60015-5505
14126311       +E-mail/Text: bankruptcydepartment@tsico.com Apr 19 2019 02:48:35       Transworld System Inc,
                 Attn: Bankruptcy,    Po Box 15618,    Wilmington, DE 19850-5618
14126312       +E-mail/Text: bankruptcydepartment@tsico.com Apr 19 2019 02:48:35       Transworld Systems Inc.,
                 500 Virginia Drive,    Fort Washington, PA 19034-2707
14126314        E-mail/Text: bankruptcy@ups.com Apr 19 2019 02:48:45      UPS,   P.O. Box 7247-0244,
                 Philadelphia, PA 19170-0001
14126315       +EDI: VERIZONCOMB.COM Apr 19 2019 06:33:00      Verizon,    500 Technology Drive, Suite 550,
                 Weldon Spring, MO 63304-2225
14126316       +EDI: VERIZONCOMB.COM Apr 19 2019 06:33:00      Verizon,    Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
14126318       +E-mail/Text: BKRMailOps@weltman.com Apr 19 2019 02:48:03       Weltman Weinberg & Reis,
                 325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 48

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14160501*      +AR Resources, Inc.,    PO Box 1056,   Blue Bell, PA 19422-0287
14160500*      +AR Resources, Inc.,    Attn: Bankruptcy,   Po Box 1056,    Blue Bell, PA 19422-0287
14160502*       ARS National Services, Inc.,    P.O. Box 463023,    Escondido, CA 92046-3023
14160496*      +Alliance One Receiveables Management,    4850 Street Rd., Suite 300,    Trevose, PA 19053-6643
14160497*      +Allied Interstate, LLC,    P.O. Box 361445,   Columbus, OH 43236-1445
14160498*      +Alltran Financial, LP,    P.O. Box 610,   Sauk Rapids, MN 56379-0610
14160499*      +Ambry Genetics,    15 Argonaut,   Aliso Viejo, CA 92656-1423
14160503*      +Bedminster Municipal Authority,    442 Elephant Road,   c/o Kerri Bender,
                 Perkasie, PA 18944-4163
14160504*      +Billcutterz,    10201 S. Padre Island Drive, Suite 216,   Corpus Christi, TX 78418-4462
14160505*      +Blatt, Hasenmiller, Leibsker & Moore, LL,    1835 Market Street, Suite 501,
                 Philadelphia, PA 19103-2933
14160509*       CBCS,   PO Box 165025,    Columbus, OH 43216-5025
14160506*       Capital One,    Bankruptcy Claims,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14160507*      +Cavalry Portfolio Services,    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,
                 Valhalla, NY 10595-2322
14160508*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
14160510*       Chase Cardmember Service,    PO Box 100045,   Kennesaw, GA 30156-9245
14160511*      +Citi Card,    PO Box 6500,   Sioux Falls, SD 57117-6500
14160512*      +Citibank,    PO Box 790040,   Saint Louis, MO 63179-0040
14160513*      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14160514*      +Clemons Richter & Reiss, PC,    107 E. Oakland Avenue,   Doylestown, PA 18901-4610
14160515*      +Client Services, Inc.,    3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
14160516*       Comcast Cable,    Post Office Box 3006,   Southeastern, PA 19398-3006
14160517*      +Credit Collection Services,    725 Canton Street,   Norwood, MA 02062-2679
14160518*      +Credit Control, LLC.,    P.O. Box 31179,   Tampa, FL 33631-3179
14160519*       Discover Bank,    DB Servicing Corporation,   P.O. Box 3025,    New Albany, OH 43054-3025
14160520*      +Discover Financial,    Po Box 3025,   New Albany, OH 43054-3025
14160521*      +Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                 Jacksonville, FL 32255-1268
14160522*       Diversified Consultants, Inc.,    P.O. Box 1391,   Southgate, MI 48195-0391
14160523*      +ERC,   P.O. Box 1259, Dept 98696,    Oaks, PA 19456-1259
14160527*      +FMS Inc,    P.O. Box 707601,   Tulsa, OK 74170-7601
14160524*       FedEx Shipping,    PO Box 371461,   Pittsburgh, PA 15250-7461
14160525*       Financial Recoveries,    P.O. Box 1388,   Mount Laurel, NJ 08054-7388
14160526*       Financial Recovery Services, Inc.,    Post Office Box 385908,    Minneapolis, MN 55438-5908
14160529*       Fox Chase Cancer Center,    P.O. Box 824649,   Philadelphia, PA 19182-4649
14160530*      +GC Services Limited Partnership,    P.O. Box 3855,   Houston, TX 77253-3855
14160531*       Grim, Biehn & Thatcher,    104 S. Sixth Street,   P.O. Box 215,    Perkasie, PA 18944-0215
14160532*      +Home Depot Credit Services,    PO Box 790328,   Saint Louis, MO 63179-0328
14160533*      +Independence Blue Cross,    PO Box 8240,   Philadelphia, PA 19101-8240
14160534*       Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14160535*      +KML Law Group, P.C.,    701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
14160536*      +Kohls/Capital One,    Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
14160537*       Lowe’s,   Synchrony Bank,    Attn: Bankruptcy Dept.,    PO Box 965060,   Orlando, FL 32896-5060
14160538*      +MCM,   Dept 12421,    PO Box 1259,   Oaks, PA 19456-1259
14160539*       Mercantile Adjustment Bureau,    P.O. Box 9055,   Williamsville, NY 14231-9055
14160540*       Merchants & Medical Credit Corporation,    6324 Taylor Drive,   Flint, MI 48507-4685
14160542*      +Merchants & Professional Credit Bureau,    5508 Parkcrest Drive, Suite 210,
                 Austin, TX 78731-4929
14160541*      +Merchants & Professional Credit Bureau,    Attn: Bankruptcy,   5508 Parkcrest Dr Ste. 210,
                 Austin, TX 78731-4929
14160543*      +Merck Sharp & Dohme FCU,    335 West Butler Avenue,    Chalfont, PA 18914-2329
14160544*      +Midland Credit Management Inc,    as agent for Midland Funding, LLC,   P.O. Box 2011,
                 Warren, MI 48090-2011
14160545*      +Midland Funding,    2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
14160546*       Monarch Recovery Management, Inc.,    10965 Decatur Road,   Philadelphia, PA 19154-3210
```

```
District/off: 0313-2          User: Lisa                  Page 4 of 5                   Date Rcvd: Apr 18, 2019
                              Form ID: 309A               Total Noticed: 102


              ***** BYPASSED RECIPIENTS (continued) *****
14160548*         NES,    National Enterprise Systems,    247 Edison Blvd., Unit A,    Twinsburg, OH 44087-2340
14160549*        +North Shore Agency,    270 Spagnoli Road, Suite 110,    Melville, NY 11747-3515
14160550*        +Northland Group, Inc.,    PO Box 390905,    Mail Code CSB2,    Minneapolis, MN 55439-0905
14160551*        +PECO,   Bankruptcy Group,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
14160556*        +PNC Bank, NA,    Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14160557*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:    Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
14160558*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:    Portfolio Recovery Associates, LLC,    P.O. Box 41067,
                   Norfolk, VA 23541)
14179744*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
14160559*        +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
14160552*        +PennCredit,    P.O. Box 1259,    Department 91047,    Oaks, PA 19456-1259
14160553*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA 17128-0946
14160554*         Pennsylvania Dept. of Labor & Industry,    Employer Services,    P.O. Box 67504,
                   Harrisburg, PA 17106-7504
14160555*         Planet Fitness,    Rt. 113 & County Line Road,    Souderton, PA 18964
14160560*        +Quakertown National Bank,    P.O. Box 9005,    Quakertown, PA 18951-9005
14160561*        +Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
14160562*        +Receivables Professional Management, LLC,    20816 44th Ave W,    Lynnwood, WA 98036-7744
14160563*        +Rittenhouse Property Management,    840 Harleysville Pike, Suite 3,
                   Harleysville, PA 19438-1028
14160568*       ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                   OVERLAND PARK KS 66207-0949
                  (address filed with court:    Sprint/Nextel,    Attn Bankruptcy Dept,    P.O. Box 7949,
                   Overland Park, KS 66207-0949)
14160564*        +SixBit Software,    703 S. Elmer Ave., Suite 112,    Sayre, PA 18840-2400
14160565*        +Solomon and Solomon, P.C.,    Five Columbia Circle,    Albany, NY 12203-5180
14160566*         Southwest Credit Systems, LP,    4120 International Pkwy, Suite 1100,
                   Carrollton, TX 75007-1958
14160567*        +Springleaf Financial Services of PA,    P.O. Box 3251,    Evansville, IN 47731-3251
14160569*         St. Mary Medical Center,    10604 Justin Drive,    Urbandale, IA 50322-3755
14160571*         Synchrony Bank,    Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
14160572*         Synter Resource Group, LLC,    P.O. Box 1870,    Ashland, VA 23005-4870
14160573*        +Tbf Financial Llc,    740 Waukegan Rd Ste 404,    Deerfield, IL 60015-5505
14160574*        +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
14160575*        +Transworld System Inc,    Attn: Bankruptcy,    Po Box 15618,    Wilmington, DE 19850-5618
14160576*        +Transworld Systems Inc.,    500 Virginia Drive,    Fort Washington, PA 19034-2707
14160578*         UPS,    P.O. Box 7247-0244,    Philadelphia, PA 19170-0001
14160577*        +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Suite 206,    Toledo, OH 43614-1501
14160579*        +Verizon,    500 Technology Drive, Suite 550,    Weldon Spring, MO 63304-2225
14160580*        +Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                   Weldon Springs, MO 63304-2225
14160581*        +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14160582*        +Weltman Weinberg & Reis,    325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
14126239        ##+Billcutterz,    10201 S. Padre Island Drive, Suite 216,    Corpus Christi, TX 78418-4462
14126249        ##+Clemons Richter & Reiss, PC,    107 E. Oakland Avenue,    Doylestown, PA 18901-4610
14126262        ##+FMS Inc,    P.O. Box 707601,    Tulsa, OK 74170-7601
14126282         ##Monarch Recovery Management, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
                                                                                               TOTALS: 0, * 86, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Lisa                  Page 5 of 5                  Date Rcvd: Apr 18, 2019
                              Form ID: 309A               Total Noticed: 102
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Creditor    OneMain bankruptcy@wglaw.com,   ibernatski@wglaw.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
              STEFAN    RICHTER    on behalf of    Stonebridge Commons Condominium Association
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM D. SCHROEDER, JR    on behalf of Debtor Noel Lisa McDonald schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                             TOTAL: 6
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Noel Lisa McDonald** | Social Security number or ITIN | **xxx–xx–5900** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **6/22/18** |
| Case number: | **18–14148–mdc** | Date case converted to chapter **7** | **4/17/19** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Noel Lisa McDonald | |
| 2. | **All other names used in the last 8 years** | aka Noel L. McDonald, aka Noel McDonald, aka Lisa McDonald, aka N. McDonald | |
| 3. | **Address** | 130 Allem Lane<br>Perkasie, PA 18944 | |
| 4. | **Debtor's attorney**<br>Name and address | WILLIAM D. SCHROEDER JR<br>920 Lenmar Drive<br>Blue Bell, PA 19422 | Contact phone 215–822–2728<br>Email: schroeder@jrlaw.org |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br>Email: trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 4/18/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 20, 2019 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**3 Municipal Way, Public Hall, Langhorne, PA 19047** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/19/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |