THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | NO. 18-14148 |
| NOEL MCDONALD<br>　　　　　　　Debtor | CHAPTER 7 |
| BEDMINSTER MUNICIPAL AUTHORITY<br>　　　　　　　Movant | Hearing Date: May 15, 2019 at<br>　　　　　　　　10:30 a.m. |
| -vs- | |
| NOEL MCDONALD<br>　　　　　　　Respondent | |
| and WILLIAM C. MILLER<br>　　　　　　　Trustee | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movant, Bedminster Municipal Authority, has filed with the Court, a Motion for Relief from the Automatic Stay to file a lien against Debtor's property located at 130 Allem Lane, Perkasie, Pennsylvania 18944, and proceed with judgment and execution.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 8, 2019, you or your attorney must do all of the following:

　　　　　　(a)　file an answer explaining your position at Clerk, United States Bankruptcy Court, Robert N.C. Nix Sr., Federal Courthouse, 900 Market Street Suite 202, Philadelphia, Pa 19107. If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　　　(b)　mail a copy to the movant's attorney:
　　　　　　　　Kelly L. Eberle, Esquire
　　　　　　　　Grim, Biehn & Thatcher
　　　　　　　　P.O. Box 215
　　　　　　　　Perkasie, Pennsylvania  18944
　　　　　　　　Phone:　　(215) 257-6811
　　　　　　　　Fax:　　　(215) 254-5374

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on May 15, 2019 at 10:30 a.m. in Courtroom 2 of the Robert N.C. Nix Sr., Federal Courthouse, 900 Market Street Suite 202, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: April 24, 2019

Debtor:
Noel McDonald
130 Allem Lane
Perkasie, PA 18944

Trustee:
William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Attorney for Debtor:
William D. Schroeder, Jr., Esquire
920 Lenmar Drive
Blue Bell, PA 19422

* Interested Parties (if any)