# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE **Noel McDonald** | **Chapter 13** |
| Debtor.    : | BANKRUPTCY NO. **18-14148-mdc** |

## ORDER

AND NOW, this ___7th___ day of ___May___, 2019, upon Motion for Relief from the Automatic Stay of Stonebridge Commons Condominium Association, it is hereby **ORDERED** and **DECREED**, that the motion is **GRANTED**, as follows:

Relief is granted from the Automatic stay pursuant to 11 U.S.C. Section 362, to permit Movant to proceed with the *in rem* remedies for collection of assessments on Debtor's real estate known as 130 Allem Lane, Perkasie PA, 18944 in accordance with the Declaration of Condominium.

BY THE COURT

_____
Magdeline D. Coleman, Bankruptcy Judge