United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Noel Lisa McDonald  
    Debtor

Case No. 18-14148-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: May 07, 2019  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2019.
```
db             +Noel Lisa McDonald,    130 Allem Lane,    Perkasie, PA 18944-4139
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:
```
              KELLY LYN EBERLE    on behalf of Creditor    Bedminster Municipal Authority keberle@grimlaw.com,
               ksaborsky@grimlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Creditor    OneMain bankruptcy@wglaw.com,   ibernatski@wglaw.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
              STEFAN  RICHTER    on behalf of    Stonebridge Commons Condominium Association
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM D. SCHROEDER, JR    on behalf of Debtor Noel Lisa McDonald schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                              TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE **Noel McDonald** | **Chapter 13** |
| Debtor.   : | BANKRUPTCY NO. **18-14148-mdc** |

## ORDER

AND NOW, this ___7th___ day of ___May___, 2019, upon Motion for Relief from the Automatic Stay of Stonebridge Commons Condominium Association, it is hereby **ORDERED** and **DECREED**, that the motion is **GRANTED**, as follows:

Relief is granted from the Automatic stay pursuant to 11 U.S.C. Section 362, to permit Movant to proceed with the *in rem* remedies for collection of assessments on Debtor's real estate known as 130 Allem Lane, Perkasie PA, 18944 in accordance with the Declaration of Condominium.

**BY THE COURT**

_Magdeline D. C_____
Magdeline D. Coleman, Bankruptcy Judge