IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>NOEL MCDONALD<br>　　　　　　　　　Debtor<br><br>BEDMINSTER MUNICIPAL AUTHORITY<br>　　　　　　　　　Movant<br><br>　　　　　　-vs-<br><br>NOEL MCDONALD<br>　　　　　　　　　Respondent<br><br>and WILLIAM C. MILLER<br>　　　　　　　　　Trustee | NO. 18-14148<br><br>CHAPTER 7<br><br>Hearing Date: May 15, 2019 at 10:30 a.m. |

## CERTIFICATE OF NO ANSWER/OBJECTION

　　　I hereby certify that I am attorney for Moving Party, Bedminster Municipal Authority, on the Motion for Relief from the Automatic Stay to file a lien against Debtor's property located at 130 Allem Lane, Perkasie, Pennsylvania 18944.

　　　I further certify that the Motion and the Order Requiring Answer and Notice of Hearing to Consider Motion were served on all interested persons and that a Certificate of Service confirming same was filed with this Court. Accordingly, Movant advises the Court that the Motion is uncontested and requests the entry of relief as more fully set forth in the aforesaid Motion and proposed Order. A true and correct copy of the proposed Order is attached hereto.

　　　EXECUTED ON: May 14, 2019

　　　　　　　　　　　　　　　　　　　　　GRIM, BIEHN & THATCHER

　　　　　　　　　　　　　　　　　　By:　 /s/ Kelly L. Eberle
　　　　　　　　　　　　　　　　　　　　Kelly L. Eberle, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. #306591
　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　P.O. Box 215
　　　　　　　　　　　　　　　　　　　　Perkasie, Pennsylvania 18944
　　　　　　　　　　　　　　　　　　　　(215)257-6811