THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | NO. 18-14148 |
| NOEL MCDONALD<br>　　　　　　　　　　Debtor | CHAPTER 7 |
| BEDMINSTER MUNICIPAL AUTHORITY<br>　　　　　　　　　　Movant | Hearing Date: May 15, 2019 at<br>10:30 a.m. |
| -vs- | |
| NOEL MCDONALD<br>　　　　　　　　　　Respondent | |
| and WILLIAM C. MILLER<br>　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this 15th day of May, 2019, upon consideration of the Motion of Bedminster Municipal Authority, for Relief from Automatic Stay to file a lien against Debtor's property located at 130 Allem Lane, Perkasie, Pennsylvania 18944 and proceed with judgment and execution and after notice and opportunity for hearing under the Bankruptcy Code, the Motion is granted, and the Automatic Stay of this Bankruptcy is hereby modified to permit Movant Springtown Water Authority, for Relief from Automatic Stay to file a lien against Debtor's property located at 130 Allem Lane, Perkasie, Pennsylvania 18944 and proceed with judgment and execution. Movant is exempted from further compliance with Fed. Rule Bankr. P. 3002.1 and 4001. ~~This Order shall remain in full force and effect in the event of a subsequent conversion of the Plan to another chapter.~~

　　　　　　　　　　　　　　　　　　　　_Magdeline D. C_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　B.J.

Debtor:
Noel McDonald
130 Allem Lane
Perkasie, PA 18944

Trustee:
William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Attorney for Debtor:
William D. Schroeder, Jr., Esquire
920 Lenmar Drive
Blue Bell, PA 19422

Attorney for Movant:
Kelly L. Eberle, Esquire
P.O. Box 215
Perkasie, PA 18944

* Interested Parties (if any)