IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Noel Lisa McDonald aka Noel L. McDonald aka Noel McDonald aka N. McDonald aka Lisa McDonald<br>Debtor | CHAPTER 7 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Movant<br>vs. | NO. 18-14148 MDC |
| Noel Lisa McDonald aka Noel L. McDonald aka Noel McDonald aka N. McDonald aka Lisa McDonald<br>Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>Trustee | |

## ORDER

AND NOW, this 15th day of May, 2019 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 130 Allem Lane, Perkasie, PA 18944 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
Magdeline D. C[oleman]
United States Bankruptcy Judge.

Noel Lisa McDonald aka Noel L. McDonald aka Noel McDonald aka N. McDonald aka Lisa McDonald
130 Allem Lane
Perkasie, PA 18944

William D. Schroeder, Jr., Esq.
920 Lenmar Drive
Blue Bell, PA 19422

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532