## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   Noel Lisa McDonald  
        Debtor(s)

Case No.  
Chapter   7

## SUPPLEMENTAL
## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                  $      **1,000.00**
   Prior to the filing of this statement I have received                        $      **1,000.00**
   Balance Due                                                                  $          **0.00**

2. The source of the compensation paid to me was:

   [✓] Debtor    [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✓] Debtor    [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render the following legal service, including:

Conversion to chapter 7:  Meeting with client to discuss present situation, review and decide to convert to chapter 7; addressing various motions for relief with client and how to proceed with leaving the house, Prepare and file conversion and amended schedules and statement of intention; meeting to review and prepare for 341 meeting; travel to and attendance at 341.  Hourly rate of $300 applies per initial fee agreement, 4.35 hours spent on above; decision to cap fee at $1,000.00 as a courtesy to client and her situation.

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce claims; exemption planning; review and filing of reaffirmation agreements; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.  Transmittal of trustee and mortgage payments.  Filing of claims on behalf of reluctant creditors.  Evaluations of claims but not claim objections; filing and service of a first amended chapter 13 plan but not subsequent plans, either pre or post confirmation.  Creditor phone calls indicating representation.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtor in any dischargeability actions, other judicial lien avoidances against real estate, motions for relief from stay or motions to dismiss; unless immediately cured with minimal involvement; adversary proceedings or any contested matters.  The fee does not include contesting any claims filed by creditors including mortgagee or tax authority claims.  Trustee inquiries, responses or inquiries thereto, litigation, a second appearance for a 341 meeting if client fails to appear for first.  Any and all appearance before the court.  Any additional or needless work created by client to deliver reasonably requested information in a timely basis.  Mortgage modification requests and processing or refinancing during bankruptcy proceedings TILA litigation.  $80.00 for costs of postage of trustee and mortgage payments.  Attorney fee for these matters is the prevailing rate at the time; presently $300.00 hour, paralegal time $80.00 per hour.  Objection to Confirmation except one addressed by amending plan to conform with accepted claim.  Amendments to schedules or**

In re _____    Case No. _____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**statement of financial affairs caused by debtors behavior or actions. Conversion of Bankruptcy to either Chapter 7 or Chapter 13.**

| **CERTIFICATION** |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |
| Dated: _____     /s/ William D. Schroeder, Jr. _____ <br><br>**William D. Schroeder, Jr.**<br>**920 Lenmar Drive**<br>**Blue Bell, PA 19422**<br>**(215) 822-2728**<br>**schroeder@jrlaw.org** |