UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Noel Lisa McDonald           :        Chapter 13
                                      :
                                      :
                    Debtor            :        No.:   18-14148-mdc

## ORDER

AND NOW, this 22nd day of May, 2019, the application of William D. Schroeder, Jr., attorney for debtor, for compensation in the amount of $4,000.00 is hereby approved.

BY THE COURT:

_____
                                                                          J.

William D. Schroeder, Jr.              Office of the United States Trustee
Attorney at Law                        833 Chestnut Street, Suite 500
920 Lenmar Drive                       Philadelphia, PA  19107
Blue Bell, PA 19422

                                       Noel McDonald
Trustee William C. Miller              130 Allem Lane
Chapter 13 Standing Trustee            Perkasie, PA 18944
P.O. Box 1229
Philadelphia, PA 19105