United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14148-mdc
Noel Lisa McDonald                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer              Page 1 of 1              Date Rcvd: May 21, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db             +Noel Lisa McDonald,    130 Allem Lane,    Perkasie, PA 18944-4139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              KELLY LYN EBERLE    on behalf of Creditor    Bedminster Municipal Authority keberle@grimlaw.com,
               ksaborsky@grimlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Creditor    OneMain bankruptcy@wglaw.com,    ibernatski@wglaw.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.axosfs.com
              STEFAN RICHTER    on behalf of    Stonebridge Commons Condominium Association
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM D. SCHROEDER, JR    on behalf of Debtor Noel Lisa McDonald schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                                TOTAL: 8

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | NO. 18-14148 |
| NOEL MCDONALD | |
| Debtor | CHAPTER 7 |
| BEDMINSTER MUNICIPAL AUTHORITY | |
| Movant | Hearing Date: May 15, 2019 at 10:30 a.m. |
| -vs- | |
| NOEL MCDONALD | |
| Respondent | |
| and WILLIAM C. MILLER | |
| Trustee | |

## AMENDED ORDER

AND NOW, this 17th day of May, 2019, upon consideration of the Motion of Bedminster Municipal Authority, for Relief from Automatic Stay to file a lien against Debtor's property located at 130 Allem Lane, Perkasie, Pennsylvania 18944 and proceed with judgment and execution and after notice and opportunity for hearing under the Bankruptcy Code, the Motion is granted, and the Automatic Stay of this Bankruptcy is hereby modified to permit Movant, Bedminster Municipal Authority, for Relief from Automatic Stay to file a lien against Debtor's property located at 130 Allem Lane, Perkasie, Pennsylvania 18944 and proceed with judgment and execution. Movant is exempted from further compliance with Fed. Rule Bankr. P. 3002.1 and 4001.

_____
B.J.

Debtor:
Noel McDonald
130 Allem Lane
Perkasie, PA 18944

Trustee:
William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Attorney for Debtor:
William D. Schroeder, Jr., Esquire
920 Lenmar Drive
Blue Bell, PA 19422

Attorney for Movant:
Kelly L. Eberle, Esquire
P.O. Box 215
Perkasie, PA 18944

* Interested Parties (if any)