United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14148-mdc
Noel Lisa McDonald                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Jennifer           Page 1 of 1              Date Rcvd: May 22, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db        +Noel Lisa McDonald,    130 Allem Lane,    Perkasie, PA 18944-4139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
        KELLY LYN EBERLE    on behalf of Creditor    Bedminster Municipal Authority keberle@grimlaw.com,
         ksaborsky@grimlaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        PETER E. MELTZER    on behalf of Creditor    OneMain bankruptcy@wglaw.com,   ibernatski@wglaw.com
        ROBERT H. HOLBER     trustee@holber.com,    rholber@ecf.axosfs.com
        STEFAN  RICHTER    on behalf of    Stonebridge Commons Condominium Association
         srichter@clemonslaw.com
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM D. SCHROEDER, JR    on behalf of Debtor Noel Lisa McDonald schroeder@jrlaw.org,
         Healey@jrlaw.org
                                                                                                       TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Noel Lisa McDonald            :       Chapter 13
                                       :
                                       :
                   Debtor              :       No.:   18-14148-mdc

**ORDER**

AND NOW, this 22nd day of May, 2019, the application of William D. Schroeder, Jr., attorney for debtor, for compensation in the amount of $4,000.00 is hereby approved.

BY THE COURT:

_____
                                                J.

William D. Schroeder, Jr.            Office of the United States Trustee
Attorney at Law                      833 Chestnut Street, Suite 500
920 Lenmar Drive                     Philadelphia, PA  19107
Blue Bell, PA 19422
                                     Noel McDonald
                                     130 Allem Lane
Trustee William C. Miller            Perkasie, PA 18944
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105