United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-14148-mdc
Noel Lisa McDonald                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 6              Date Rcvd: Jul 23, 2019
                              Form ID: 318                Total Noticed: 108

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
```
db            +Noel Lisa McDonald,    130 Allem Lane,     Perkasie, PA 18944-4139
14126236      +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
14126235      +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14126232     #+Allied Interstate, LLC,     P.O. Box 361445,    Columbus, OH 43236-1445
14126233      +Alltran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
14126234      +Ambry Genetics,    15 Argonaut,    Aliso Viejo, CA 92656-1423
14126238      +Bedminster Municipal Authority,     442 Elephant Road,    c/o Kerri Bender,
                Perkasie, PA 18944-4163
14126240      +Blatt, Hasenmiller, Leibsker & Moore, LL,     1835 Market Street, Suite 501,
                Philadelphia, PA 19103-2933
14126247      +Citibank,    PO Box 790040,    Saint Louis, MO 63179-0040
14126248      +Citicards,    Citicorp Credit Services/Attn: Centraliz,     Po Box 790040,
                Saint Louis, MO 63179-0040
14126250      +Client Services, Inc.,    3451 Harry Truman Blvd.,     Saint Charles, MO 63301-9816
14126253      +Credit Control, LLC.,    P.O. Box 31179,    Tampa, FL 33631-3179
14126257       Diversified Consultants, Inc.,     P.O. Box 1391,    Southgate, MI 48195-0391
14126258      +ERC,    P.O. Box 1259, Dept 98696,    Oaks, PA 19456-1259
14126262      +FMS Inc,    P.O. Box 707601,    Tulsa, OK 74170-7601
14126259       FedEx Shipping,    PO Box 371461,    Pittsburgh, PA 15250-7461
14126260       Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
14160528      +Fox & Fox, Attorney at Law,     One Montgomery Plaza,    Suite 706,    Airy and Swede Streets,
                Norristown, PA 19401-4852
14126264       Fox Chase Cancer Center,    P.O. Box 824649,     Philadelphia, PA 19182-4649
14126263      +Fox and Fox,    425 Swede Street, Suite 706,     One Montgomery Plaza,    Norristown, PA 19401-4826
14320483       GB Collects,    1253 Haddonfield Berlin Rd.,     Voorhees, NJ 08043-4847
14126265      +GC Services Limited Partnership,     P.O. Box 3855,    Houston, TX 77253-3855
14126266       Grim, Biehn & Thatcher,    104 S. Sixth Street,     P.O. Box 215,    Perkasie, PA 18944-0215
14126267      +Home Depot Credit Services,     PO Box 790328,    Saint Louis, MO 63179-0328
14126268      +Independence Blue Cross,    PO Box 8240,    Philadelphia, PA 19101-8240
14320488       Internal Revenue Service - claim #6,     Centralized Insolvency Operation,     PO Box 7346,
                Philadelphia, PA 19101-7346
14126270      +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14320489      +Keystone Collection Group,     P.O. Box 499,    Irwin, PA 15642-0499
14126272      +Law Office of Michael Schwartz,     707 Lakeside Office Park,    Street Road and Stump Road,
                Southampton, PA 18966-4020
14126275       Mercantile Adjustment Bureau,     P.O. Box 9055,    Williamsville, NY 14231-9055
14126276       Merchants & Medical Credit Corporation,     6324 Taylor Drive,    Flint, MI 48507-4685
14126278      +Merchants & Professional Credit Bureau,     5508 Parkcrest Drive, Suite 210,
                Austin, TX 78731-4929
14126277      +Merchants & Professional Credit Bureau,     Attn: Bankruptcy,    5508 Parkcrest Dr Ste. 210,
                Austin, TX 78731-4929
14126279      +Merck Sharp & Dohme FCU,    335 West Butler Avenue,     Chalfont, PA 18914-2329
14160547      +Mr. Cooper,    Bankruptcy Department,    PO Box 619096,    Dallas, TX 75261-9096
14126283      +Mr. Cooper,    Bankruptcy Department,    PO Box 630267,    Irving, TX 75063-0116
14320503      +Mr. Cooper - claim #8,    Bankruptcy Department,     PO Box 619096,    Dallas, TX 75261-9096
14126284       NES,   National Enterprise Systems,     247 Edison Blvd., Unit A,     Twinsburg, OH 44087-2340
14171017      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O. Box 619096,     Dallas, TX 75261-9096
14126285      +North Shore Agency,    270 Spagnoli Road, Suite 110,     Melville, NY 11747-3515
14126286      +Northland Group, Inc.,    PO Box 390905,    Mail Code CSB2,    Minneapolis, MN 55439-0905
14126292      +PNC Bank, NA,    Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14126295      +PPL Electric Utilities,    827 Hausman Road,     Allentown, PA 18104-9392
14126288      +PennCredit,    P.O. Box 1259,    Department 91047,    Oaks, PA 19456-1259
14320509       Pennsylvania Dept of Revenue - claim #12,     Bankruptcy Division,     P.O. Box 280946,
                Harrisburg, PA 17128-0946
14126290       Pennsylvania Dept. of Labor & Industry,     Employer Services,    P.O. Box 67504,
                Harrisburg, PA 17106-7504
14126291       Planet Fitness,    Rt. 113 & County Line Road,     Souderton, PA 18964
14126296      +Quakertown National Bank,    P.O. Box 9005,     Quakertown, PA 18951-9005
14126298     #+Receivables Professional Management, LLC,      20816 44th Ave W,    Lynnwood, WA 98036-7744
14126299       +Rittenhouse Property Management,     840 Harleysville Pike, Suite 3,
                Harleysville, PA 19438-1028
14126300      +SixBit Software,    703 S. Elmer Ave., Suite 112,     Sayre, PA 18840-2400
14126301     #+Solomon and Solomon, P.C.,     Five Columbia Circle,    Albany, NY 12203-5180
14126305       St. Mary Medical Center,    10604 Justin Drive,     Urbandale, IA 50322-3755
14126306      +Stonebridge Commons Condominium Assoc,     c/o Stefan Richter, Esquire,
                Clemons Richter & Reiss,P.C.,    2003 South Easton Road, Suite 300,     Doylestown, PA 18901-7100
14160570      +Stonebridge Commons Condominium Assoc,     350 S. Main Street,    Doylestown, PA 18901-4871
14126308       Synter Resource Group, LLC,     P.O. Box 1870,    Ashland, VA 23005-4870
14126310      +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
14126313      +United Collection Bureau, Inc.,     5620 Southwyck Blvd., Suite 206,     Toledo, OH 43614-1501
14126317      +Visa Dept Store National Bank/Macy’s,     Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14160583       Weltman Weinberg & Reis,    170 S. Independance Mall, W,     Suite 874, West,
                attn: Michael Dougherty,    Philadelphia, PA 19106-3334
14278074      +William D. Schroeder, Jr.,     920 Lenmar Drive,    Blue Bell, PA 19422-2000
```

```
District/off: 0313-2           User: Virginia              Page 2 of 6             Date Rcvd: Jul 23, 2019
                               Form ID: 318                Total Noticed: 108


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QRHHOLBER.COM Jul 24 2019 06:23:00      ROBERT H. HOLBER,    Robert H. Holber PC,
                 41 East Front Street,    Media, PA 19063-2911
smg              E-mail/Text: megan.harper@phila.gov Jul 24 2019 02:28:32      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2019 02:28:25      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14126237         EDI: ARSN.COM Jul 24 2019 06:23:00      ARS National Services, Inc.,    P.O. Box 463023,
                 Escondido, CA 92046-3023
14126231        +E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 24 2019 02:28:01
                 Alliance One Receiveables Management,    4850 Street Rd., Suite 300,    Trevose, PA 19053-6643
14126244         EDI: CBCSI.COM Jul 24 2019 06:23:00      CBCS,   PO Box 165025,    Columbus, OH 43216-5025
14126241         EDI: CAPITALONE.COM Jul 24 2019 06:23:00      Capital One,    Bankruptcy Claims,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14188951         EDI: BL-BECKET.COM Jul 24 2019 06:23:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
14126242        +E-mail/Text: bankruptcy@cavps.com Jul 24 2019 02:28:23      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14126243        +E-mail/Text: bankruptcy@cavps.com Jul 24 2019 02:28:23      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
14126245         EDI: CHASE.COM Jul 24 2019 06:23:00      Chase Cardmember Service,    PO Box 100045,
                 Kennesaw, GA 30156-9245
14126246        +EDI: CITICORP.COM Jul 24 2019 06:23:00      Citi Card,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
14126251         EDI: COMCASTCBLCENT Jul 24 2019 06:23:00      Comcast Cable,    Post Office Box 3006,
                 Southeastern, PA 19398-3006
14126252        +EDI: CCS.COM Jul 24 2019 06:23:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
14163216         EDI: DISCOVER.COM Jul 24 2019 06:23:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14126254         EDI: DISCOVER.COM Jul 24 2019 06:23:00      Discover Bank,    DB Servicing Corporation,
                 P.O. Box 3025,    New Albany, OH 43054-3025
14126255        +EDI: DISCOVER.COM Jul 24 2019 06:23:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14126256        +EDI: DCI.COM Jul 24 2019 06:23:00      Diversified Consultants, Inc.,
                 Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
14126261         E-mail/Text: data_processing@fin-rec.com Jul 24 2019 02:28:05
                 Financial Recovery Services, Inc.,    Post Office Box 385908,    Minneapolis, MN 55438-5908
14126269         EDI: IRS.COM Jul 24 2019 06:23:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14126271        +E-mail/Text: bncnotices@becket-lee.com Jul 24 2019 02:28:02      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14185614         EDI: RESURGENT.COM Jul 24 2019 06:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14126273         EDI: RMSC.COM Jul 24 2019 06:23:00      Lowe’s,    Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
14126274        +EDI: MID8.COM Jul 24 2019 06:23:00      MCM,    Dept 12421,    PO Box 1259,    Oaks, PA 19456-1259
14179158        +EDI: MID8.COM Jul 24 2019 06:23:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN MI 48090-2011
14320493        +E-mail/Text: bknotices@mbandw.com Jul 24 2019 02:28:24      McCarthy, Burgess & Wolff,
                 The MB&W Building,    26000 Cannon Road,    Cleveland, OH 44146-1807
14126280        +EDI: MID8.COM Jul 24 2019 06:23:00      Midland Credit Management Inc,
                 as agent for Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
14126281        +EDI: MID8.COM Jul 24 2019 06:23:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
14176467         EDI: AGFINANCE.COM Jul 24 2019 06:23:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14126287        +E-mail/Text: bankruptcygroup@peco-energy.com Jul 24 2019 02:28:05      PECO,    Bankruptcy Group,
                 2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
14126293         EDI: PRA.COM Jul 24 2019 06:23:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14126294         EDI: PRA.COM Jul 24 2019 06:23:00      Portfolio Recovery Associates, LLC,    P.O. Box 41067,
                 Norfolk, VA 23541
14126983        +EDI: PRA.COM Jul 24 2019 06:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14126289         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2019 02:28:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14126297        +E-mail/Text: Supportservices@receivablesperformance.com Jul 24 2019 02:28:37
                 Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
14126304         EDI: NEXTEL.COM Jul 24 2019 06:23:00      Sprint/Nextel,    Attn Bankruptcy Dept,    P.O. Box 7949,
                 Overland Park, KS 66207-0949
14126302         EDI: SWCR.COM Jul 24 2019 06:23:00      Southwest Credit Systems, LP,
                 4120 International Pkwy, Suite 1100,    Carrollton, TX 75007-1958
14126303        +EDI: AGFINANCE.COM Jul 24 2019 06:23:00      Springleaf Financial Services of PA,
                 P.O. Box 3251,    Evansville, IN 47731-3251
```

```
District/off: 0313-2          User: Virginia            Page 3 of 6             Date Rcvd: Jul 23, 2019
                              Form ID: 318              Total Noticed: 108


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14126307       EDI: RMSC.COM Jul 24 2019 06:23:00      Synchrony Bank,    Attn: Bankruptcy Department,
                 P.O. Box 965060,   Orlando, FL 32896-5060
14126309      +E-mail/Text: carine@tbfgroup.com Jul 24 2019 02:28:05      Tbf Financial Llc,
                 740 Waukegan Rd Ste 404,   Deerfield, IL 60015-5505
14126311      +E-mail/Text: bankruptcydepartment@tsico.com Jul 24 2019 02:28:36      Transworld System Inc,
                 Attn: Bankruptcy,   Po Box 15618,   Wilmington, DE 19850-5618
14126312      +E-mail/Text: bankruptcydepartment@tsico.com Jul 24 2019 02:28:37      Transworld Systems Inc.,
                 500 Virginia Drive,   Fort Washington, PA 19034-2707
14126314       E-mail/Text: bankruptcy@ups.com Jul 24 2019 02:28:42      UPS,    P.O. Box 7247-0244,
                 Philadelphia, PA 19170-0001
14126315      +EDI: VERIZONCOMB.COM Jul 24 2019 06:23:00      Verizon,   500 Technology Drive, Suite 550,
                 Weldon Spring, MO 63304-2225
14126316      +EDI: VERIZONCOMB.COM Jul 24 2019 06:23:00      Verizon,   Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,   Weldon Springs, MO 63304-2225
14126318      +E-mail/Text: BKRMailOps@weltman.com Jul 24 2019 02:28:21      Weltman Weinberg & Reis,
                 325 Chestnut Street, Suite 501,   Philadelphia, PA 19106-2605
14320540       E-mail/Text: inchargehq@westcreekfin.com Jul 24 2019 02:28:42      West Creek Financial, Inc.,
                 P.O. Box 5518,   Glen Allen, VA 23058-5518
                                                                                              TOTAL: 47

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14320456       Bedminster Municipal Auth - claim #9
14320526       Stonebridge Condo Assn - claim #7
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14160501*     +AR Resources, Inc.,   PO Box 1056,   Blue Bell, PA 19422-0287
14320454*     +AR Resources, Inc.,   PO Box 1056,   Blue Bell, PA 19422-0287
14160500*     +AR Resources, Inc.,   Attn: Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
14320453*     +AR Resources, Inc.,   Attn: Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
14160502*      ARS National Services, Inc.,   P.O. Box 463023,   Escondido, CA 92046-3023
14320455*      ARS National Services, Inc.,   P.O. Box 463023,   Escondido, CA 92046-3023
14160496*     +Alliance One Receiveables Management,   4850 Street Rd., Suite 300,   Trevose, PA 19053-6643
14320449*     +Alliance One Receiveables Management,   4850 Street Rd., Suite 300,   Trevose, PA 19053-6643
14160497*     +Allied Interstate, LLC,   P.O. Box 361445,   Columbus, OH 43236-1445
14320450*     +Allied Interstate, LLC,   P.O. Box 361445,   Columbus, OH 43236-1445
14160498*     +Alltran Financial, LP,   P.O. Box 610,   Sauk Rapids, MN 56379-0610
14320451*     +Alltran Financial, LP,   P.O. Box 610,   Sauk Rapids, MN 56379-0610
14160499*     +Ambry Genetics,   15 Argonaut,   Aliso Viejo, CA 92656-1423
14320452*     +Ambry Genetics,   15 Argonaut,   Aliso Viejo, CA 92656-1423
14160503*     +Bedminster Municipal Authority,   442 Elephant Road,   c/o Kerri Bender,
                 Perkasie, PA 18944-4163
14320457*     +Bedminster Municipal Authority,   442 Elephant Road,   c/o Kerri Bender,
                 Perkasie, PA 18944-4163
14160504*     +Billcutterz,   10201 S. Padre Island Drive, Suite 216,   Corpus Christi, TX 78418-4462
14320458*     +Billcutterz,   10201 S. Padre Island Drive, Suite 216,   Corpus Christi, TX 78418-4462
14160505*     +Blatt, Hasenmiller, Leibsker & Moore, LL,   1835 Market Street, Suite 501,
                 Philadelphia, PA 19103-2933
14320459*     +Blatt, Hasenmiller, Leibsker & Moore, LL,   1835 Market Street, Suite 501,
                 Philadelphia, PA 19103-2933
14160509*      CBCS,   PO Box 165025,   Columbus, OH 43216-5025
14320463*      CBCS,   PO Box 165025,   Columbus, OH 43216-5025
14160506*      Capital One,   Bankruptcy Claims,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14320460*      Capital One,   Bankruptcy Claims,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14160507*     +Cavalry Portfolio Services,   Attn: Bankruptcy Department,   500 Summit Lake Ste 400,
                 Valhalla, NY 10595-2322
14320461*     +Cavalry Portfolio Services,   Attn: Bankruptcy Department,   500 Summit Lake Ste 400,
                 Valhalla, NY 10595-2322
14160508*     +Cavalry SPV I, LLC,   500 Summit Lake Drive, Suite 400,   Valhalla, NY 10595-2321
14320462*     +Cavalry SPV I, LLC,   500 Summit Lake Drive, Suite 400,   Valhalla, NY 10595-2321
14160510*      Chase Cardmember Service,   PO Box 100045,   Kennesaw, GA 30156-9245
14320464*      Chase Cardmember Service,   PO Box 100045,   Kennesaw, GA 30156-9245
14160511*     +Citi Card,   PO Box 6500,   Sioux Falls, SD 57117-6500
14320465*     +Citi Card,   PO Box 6500,   Sioux Falls, SD 57117-6500
14160512*     +Citibank,   PO Box 790040,   Saint Louis, MO 63179-0040
14320466*     +Citibank,   PO Box 790040,   Saint Louis, MO 63179-0040
14160513*     +Citicards,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
14320467*     +Citicards,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
14160514*     +Clemons Richter & Reiss, PC,   107 E. Oakland Avenue,   Doylestown, PA 18901-4610
14160515*     +Client Services, Inc.,   3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
14320468*     +Client Services, Inc.,   3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
14160516*      Comcast Cable,   Post Office Box 3006,   Southeastern, PA 19398-3006
14320469*      Comcast Cable,   Post Office Box 3006,   Southeastern, PA 19398-3006
14160517*     +Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
14320470*     +Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
14160518*     +Credit Control, LLC.,   P.O. Box 31179,   Tampa, FL 33631-3179
14320471*     +Credit Control, LLC.,   P.O. Box 31179,   Tampa, FL 33631-3179
```

```
District/off: 0313-2            User: Virginia              Page 4 of 6              Date Rcvd: Jul 23, 2019
                                Form ID: 318                Total Noticed: 108


              ***** BYPASSED RECIPIENTS (continued) *****
14160519*         Discover Bank,   DB Servicing Corporation,    P.O. Box 3025,    New Albany, OH 43054-3025
14320472*         Discover Bank,   DB Servicing Corporation,    P.O. Box 3025,    New Albany, OH 43054-3025
14160520*        +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
14320473*        +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
14160521*        +Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                   Jacksonville, FL 32255-1268
14320474*        +Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                   Jacksonville, FL 32255-1268
14160522*         Diversified Consultants, Inc.,    P.O. Box 1391,    Southgate, MI 48195-0391
14320475*         Diversified Consultants, Inc.,    P.O. Box 1391,    Southgate, MI 48195-0391
14160523*        +ERC,   P.O. Box 1259, Dept 98696,    Oaks, PA 19456-1259
14320476*        +ERC,   P.O. Box 1259, Dept 98696,    Oaks, PA 19456-1259
14160527*        +FMS Inc,   P.O. Box 707601,    Tulsa, OK 74170-7601
14320480*        +FMS Inc,   P.O. Box 707601,    Tulsa, OK 74170-7601
14160524*         FedEx Shipping,   PO Box 371461,    Pittsburgh, PA 15250-7461
14320477*         FedEx Shipping,   PO Box 371461,    Pittsburgh, PA 15250-7461
14320478*         Financial Recoveries,   P.O. Box 1388,    Mount Laurel, NJ 08054-7388
14160525*         Financial Recoveries,   P.O. Box 1388,    Mount Laurel, NJ 08054-7388
14160526*         Financial Recovery Services, Inc.,    Post Office Box 385908,    Minneapolis, MN 55438-5908
14320479*         Financial Recovery Services, Inc.,    Post Office Box 385908,    Minneapolis, MN 55438-5908
14320481*        +Fox & Fox, Attorney at Law,   One Montgomery Plaza,    Suite 706,   Airy and Swede Streets,
                   Norristown, PA 19401-4852
14160529*         Fox Chase Cancer Center,   P.O. Box 824649,    Philadelphia, PA 19182-4649
14320482*         Fox Chase Cancer Center,   P.O. Box 824649,    Philadelphia, PA 19182-4649
14160530*        +GC Services Limited Partnership,    P.O. Box 3855,    Houston, TX 77253-3855
14320484*        +GC Services Limited Partnership,    P.O. Box 3855,    Houston, TX 77253-3855
14160531*         Grim, Biehn & Thatcher,   104 S. Sixth Street,    P.O. Box 215,    Perkasie, PA 18944-0215
14320485*         Grim, Biehn & Thatcher,   104 S. Sixth Street,    P.O. Box 215,    Perkasie, PA 18944-0215
14160532*        +Home Depot Credit Services,   PO Box 790328,    Saint Louis, MO 63179-0328
14320486*        +Home Depot Credit Services,   PO Box 790328,    Saint Louis, MO 63179-0328
14160533*        +Independence Blue Cross,   PO Box 8240,    Philadelphia, PA 19101-8240
14320487*        +Independence Blue Cross,   PO Box 8240,    Philadelphia, PA 19101-8240
14160534*         Internal Revenue Service,   Centralized Insolvency Operation,    PO Box 7346,
                   Philadelphia, PA 19101-7346
14160535*        +KML Law Group, P.C.,    701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
14320490*        +KML Law Group, P.C.,    701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
14160536*        +Kohls/Capital One,    Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
14320491*        +Kohls/Capital One,    Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
14160537*         Lowe's,   Synchrony Bank,   Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
14320492*         Lowe's,   Synchrony Bank,   Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
14160538*        +MCM,   Dept 12421,    PO Box 1259,    Oaks, PA 19456-1259
14320494*        +MCM,   Dept 12421,    PO Box 1259,    Oaks, PA 19456-1259
14160539*         Mercantile Adjustment Bureau,   P.O. Box 9055,    Williamsville, NY 14231-9055
14320495*         Mercantile Adjustment Bureau,   P.O. Box 9055,    Williamsville, NY 14231-9055
14160540*         Merchants & Medical Credit Corporation,    6324 Taylor Drive,    Flint, MI 48507-4685
14320496*         Merchants & Medical Credit Corporation,    6324 Taylor Drive,    Flint, MI 48507-4685
14160542*        +Merchants & Professional Credit Bureau,    5508 Parkcrest Drive, Suite 210,
                   Austin, TX 78731-4929
14320498*        +Merchants & Professional Credit Bureau,    5508 Parkcrest Drive, Suite 210,
                   Austin, TX 78731-4929
14160541*        +Merchants & Professional Credit Bureau,    Attn: Bankruptcy,   5508 Parkcrest Dr Ste. 210,
                   Austin, TX 78731-4929
14320497*        +Merchants & Professional Credit Bureau,    Attn: Bankruptcy,   5508 Parkcrest Dr Ste. 210,
                   Austin, TX 78731-4929
14160543*        +Merck Sharp & Dohme FCU,    335 West Butler Avenue,    Chalfont, PA 18914-2329
14320499*        +Merck Sharp & Dohme FCU,    335 West Butler Avenue,    Chalfont, PA 18914-2329
14160544*        +Midland Credit Management Inc,    as agent for Midland Funding, LLC,    P.O. Box 2011,
                   Warren, MI 48090-2011
14320500*        +Midland Credit Management Inc,    as agent for Midland Funding, LLC,    P.O. Box 2011,
                   Warren, MI 48090-2011
14160545*        +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14320501*        +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14160546*         Monarch Recovery Management, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
14320502*         Monarch Recovery Management, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
14160548*         NES,   National Enterprise Systems,    247 Edison Blvd., Unit A,    Twinsburg, OH 44087-2340
14320504*         NES,   National Enterprise Systems,    247 Edison Blvd., Unit A,    Twinsburg, OH 44087-2340
14160549*        +North Shore Agency,    270 Spagnoli Road, Suite 110,    Melville, NY 11747-3515
14320505*        +North Shore Agency,    270 Spagnoli Road, Suite 110,    Melville, NY 11747-3515
14160550*        +Northland Group, Inc.,    PO Box 390905,    Mail Code CSB2,    Minneapolis, MN 55439-0905
14320506*        +Northland Group, Inc.,    PO Box 390905,    Mail Code CSB2,    Minneapolis, MN 55439-0905
14160551*        +PECO,   Bankruptcy Group,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
14320507*        +PECO,   Bankruptcy Group,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
14160556*        +PNC Bank, NA,   Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14320512*        +PNC Bank, NA,   Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14160557*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,     Po Box 41067,    Norfolk, VA 23541)
14320513*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,     Po Box 41067,    Norfolk, VA 23541)
```

```
District/off: 0313-2          User: Virginia              Page 5 of 6                  Date Rcvd: Jul 23, 2019
                              Form ID: 318                Total Noticed: 108


              ***** BYPASSED RECIPIENTS (continued) *****
14160558*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    P.O. Box 41067,
                   Norfolk, VA 23541)
14320514*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    P.O. Box 41067,
                   Norfolk, VA 23541)
14179744*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
14160559*       +PPL Electric Utilities,   827 Hausman Road,   Allentown, PA 18104-9392
14320515*       +PPL Electric Utilities,   827 Hausman Road,   Allentown, PA 18104-9392
14160552*       +PennCredit,   P.O. Box 1259,   Department 91047,   Oaks, PA 19456-1259
14320508*       +PennCredit,   P.O. Box 1259,   Department 91047,   Oaks, PA 19456-1259
14160553*        Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA 17128-0946
14160554*        Pennsylvania Dept. of Labor & Industry,   Employer Services,   P.O. Box 67504,
                   Harrisburg, PA 17106-7504
14320510*        Pennsylvania Dept. of Labor & Industry,   Employer Services,   P.O. Box 67504,
                   Harrisburg, PA 17106-7504
14160555*        Planet Fitness,   Rt. 113 & County Line Road,   Souderton, PA 18964
14320511*        Planet Fitness,   Rt. 113 & County Line Road,   Souderton, PA 18964
14160560*       +Quakertown National Bank,   P.O. Box 9005,   Quakertown, PA 18951-9005
14320516*       +Quakertown National Bank,   P.O. Box 9005,   Quakertown, PA 18951-9005
14160561*       +Receivables Performance Mgmt,   Attn: Bankruptcy,   Po Box 1548,   Lynnwood, WA 98046-1548
14320517*       +Receivables Performance Mgmt,   Attn: Bankruptcy,   Po Box 1548,   Lynnwood, WA 98046-1548
14160562*       +Receivables Professional Management, LLC,   20816 44th Ave W,   Lynnwood, WA 98036-7744
14320518*       +Receivables Professional Management, LLC,   20816 44th Ave W,   Lynnwood, WA 98036-7744
14160563*       +Rittenhouse Property Management,   840 Harleysville Pike, Suite 3,
                   Harleysville, PA 19438-1028
14320519*       +Rittenhouse Property Management,   840 Harleysville Pike, Suite 3,
                   Harleysville, PA 19438-1028
14160568*       ++SPRINT NEXTEL CORRESPONDENCE,   ATTN BANKRUPTCY DEPT,   PO BOX 7949,
                   OVERLAND PARK KS 66207-0949
                 (address filed with court: Sprint/Nextel,   Attn Bankruptcy Dept,   P.O. Box 7949,
                   Overland Park, KS 66207-0949)
14320524*       ++SPRINT NEXTEL CORRESPONDENCE,   ATTN BANKRUPTCY DEPT,   PO BOX 7949,
                   OVERLAND PARK KS 66207-0949
                 (address filed with court: Sprint/Nextel,   Attn Bankruptcy Dept,   P.O. Box 7949,
                   Overland Park, KS 66207-0949)
14160564*       +SixBit Software,   703 S. Elmer Ave., Suite 112,   Sayre, PA 18840-2400
14320520*       +SixBit Software,   703 S. Elmer Ave., Suite 112,   Sayre, PA 18840-2400
14160565*       +Solomon and Solomon, P.C.,   Five Columbia Circle,   Albany, NY 12203-5180
14320521*       +Solomon and Solomon, P.C.,   Five Columbia Circle,   Albany, NY 12203-5180
14160566*        Southwest Credit Systems, LP,   4120 International Pkwy, Suite 1100,
                   Carrollton, TX 75007-1958
14320522*        Southwest Credit Systems, LP,   4120 International Pkwy, Suite 1100,
                   Carrollton, TX 75007-1958
14160567*       +Springleaf Financial Services of PA,   P.O. Box 3251,   Evansville, IN 47731-3251
14320523*       +Springleaf Financial Services of PA,   P.O. Box 3251,   Evansville, IN 47731-3251
14160569*        St. Mary Medical Center,   10604 Justin Drive,   Urbandale, IA 50322-3755
14320525*        St. Mary Medical Center,   10604 Justin Drive,   Urbandale, IA 50322-3755
14160571*        Synchrony Bank,   Attn: Bankruptcy Department,   P.O. Box 965060,   Orlando, FL 32896-5060
14320527*        Synchrony Bank,   Attn: Bankruptcy Department,   P.O. Box 965060,   Orlando, FL 32896-5060
14160572*        Synter Resource Group, LLC,   P.O. Box 1870,   Ashland, VA 23005-4870
14320528*        Synter Resource Group, LLC,   P.O. Box 1870,   Ashland, VA 23005-4870
14160573*       +Tbf Financial Llc,   740 Waukegan Rd Ste 404,   Deerfield, IL 60015-5505
14320529*       +Tbf Financial Llc,   740 Waukegan Rd Ste 404,   Deerfield, IL 60015-5505
14160574*       +TekCollect Inc,   Po Box 1269,   Columbus, OH 43216-1269
14320530*       +TekCollect Inc,   Po Box 1269,   Columbus, OH 43216-1269
14160575*       +Transworld System Inc,   Attn: Bankruptcy,   Po Box 15618,   Wilmington, DE 19850-5618
14320531*       +Transworld System Inc,   Attn: Bankruptcy,   Po Box 15618,   Wilmington, DE 19850-5618
14160576*       +Transworld Systems Inc.,   500 Virginia Drive,   Fort Washington, PA 19034-2707
14320532*       +Transworld Systems Inc.,   500 Virginia Drive,   Fort Washington, PA 19034-2707
14160578*        UPS,   P.O. Box 7247-0244,   Philadelphia, PA 19170-0001
14320534*        UPS,   P.O. Box 7247-0244,   Philadelphia, PA 19170-0001
14160577*       +United Collection Bureau, Inc.,   5620 Southwyck Blvd., Suite 206,   Toledo, OH 43614-1501
14320533*       +United Collection Bureau, Inc.,   5620 Southwyck Blvd., Suite 206,   Toledo, OH 43614-1501
14160579*       +Verizon,   500 Technology Drive, Suite 550,   Weldon Spring, MO 63304-2225
14320535*       +Verizon,   500 Technology Drive, Suite 550,   Weldon Spring, MO 63304-2225
14160580*       +Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                   Weldon Springs, MO 63304-2225
14320536*       +Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                   Weldon Springs, MO 63304-2225
14160581*       +Visa Dept Store National Bank/Macy’s,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
14320537*       +Visa Dept Store National Bank/Macy’s,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
14160582*       +Weltman Weinberg & Reis,   325 Chestnut Street, Suite 501,   Philadelphia, PA 19106-2605
14320538*       +Weltman Weinberg & Reis,   325 Chestnut Street, Suite 501,   Philadelphia, PA 19106-2605
14320539*        Weltman Weinberg & Reis,   170 S. Independence Mall, W,   Suite 874, West,
                   attn: Michael Dougherty,   Philadelphia, PA 19106-3334
```

```
District/off: 0313-2           User: Virginia              Page 6 of 6              Date Rcvd: Jul 23, 2019
                               Form ID: 318                Total Noticed: 108

14126239      ##+Billcutterz,    10201 S. Padre Island Drive, Suite 216,    Corpus Christi, TX 78418-4462
14126249      ##+Clemons Richter & Reiss, PC,    107 E. Oakland Avenue,    Doylestown, PA 18901-4610
14126282       ##Monarch Recovery Management, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
                                                                                   TOTALS: 2, * 169, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
              KELLY LYN EBERLE    on behalf of Creditor    Bedminster Municipal Authority keberle@grimlaw.com,
               ksaborsky@grimlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Creditor    OneMain bankruptcy@wglaw.com,   ibernatski@wglaw.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
              STEFAN RICHTER    on behalf of    Stonebridge Commons Condominium Association
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM D. SCHROEDER, JR    on behalf of Debtor Noel Lisa McDonald schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                               TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Noel Lisa McDonald** | Social Security number or ITIN **xxx–xx–5900** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **18–14148–mdc** | | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Noel Lisa McDonald
 aka Noel L. McDonald, aka Noel McDonald, aka
 Lisa McDonald, aka N. McDonald

7/23/19                                                              **By the court:**   Magdeline D. Coleman
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318      **Order of Discharge**      page 2